**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Georgia__
(State)

Case number (*If known*): 20-_____    Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | IFS Securities, Inc. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | International Financial Solutions, Inc. |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 5 – 1 7 1 7 5 7 4 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3424  Peachtree Road<br>Number   Street<br>Suite 2200<br>Atlanta      GA    30326<br>City       State   ZIP Code | Number   Street<br>P.O. Box<br>City       State   ZIP Code |
| Fulton<br>County | **Location of principal assets, if different from principal place of business**<br>Number   Street<br>City       State   ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor  IFS Securities, Inc.                                       Case number (*if known*)
         ———————————————
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/ .
**6  2  1  1**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7
☐ Chapter 9
☒ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☒ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____  When _____  Case number _____
                                 MM / DD / YYYY
         District _____  When _____  Case number _____
                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.  Debtor _____  Relationship _____
         District _____  When _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page **2**



Debtor  **IFS Securities, Inc.**                                    Case number (*if known*) _____
         Name

**11. Why is the case filed in *this district*?** *Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____                              _____    _____
City                                        State      ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors***

☐ 1-49              ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000      ☐ 50,001-100,000
☒ 100-199           ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated assets***

☐ $0-$50,000              ☒ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Official Form 201            Voluntary Petition for Non-Individuals Filing for Bankruptcy           page **3**


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  IFS Securities, Inc.                                    Case number (*if known*) _____
        Name

16. Estimated liabilities*
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☒ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. **Declaration and signature of authorized representative of debtor**

    The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

    I have been authorized to file this petition on behalf of the debtor.

    I have examined the information in this petition and have a reasonable belief that the information is true and correct.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on  04/24/2020
                 MM / DD / YYYY

    ✗ /s/ Marshall Glade                              Marshall Glade
    Signature of authorized representative of debtor   Printed name

    Title  Chief Restructuring Officer

18. **Signature of attorney**

    ✗ /s/ John D. Elrod                               Date  04/24/2020
    Signature of attorney for debtor                        MM / DD / YYYY

    John D. Elrod
    Printed name

    Greenberg Traurig, LLP
    Firm name

    3333         Piedmont Road, NE, Suite 2500
    Number       Street

    Atlanta                                           GA          30305
    City                                              State       ZIP Code

    678-553-2259                                      elrodj@gtlaw.com
    Contact phone                                     Email address

    246604                                            GA
    Bar number                                        State

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 4

# ACTION BY UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS
# OF

IFS Securities, Inc., a Pennsylvania corporation
(the "Corporation")

The undersigned, constituting all of the members of the Board of Directors of the Corporation (collectively, the "Board"), hereby (i) take the following actions and adopt the following resolutions by unanimous written consent without a meeting, (ii) indicate the vote of the undersigned in favor of such resolutions and (iii) direct that this consent be filed with the minutes of the proceedings of the Board, pursuant to Article III, Section 9 of the Bylaws of the Corporation ("Bylaws") and the Pennsylvania Business Corporation Law of 1988, 15 Pa. C.S. § 1101 *et seq.* (the "PBCL"):

**WHEREAS**, the Board has considered the current makeup of the Corporation's management;

**WHEREAS**, the Board has determined that it is in the best interests of the Corporation to appoint a new officer as set forth below;

**NOW, THEREFORE, BE IT RESOLVED**, that, pursuant to Article IV, Section 2 of the Bylaws and Section 1732 of the PBCL, the Board hereby designates, elects and appoints Marshall Glade as Chief Restructuring Officer (the "CRO") of the Corporation, who will serve until his resignation, removal, replacement, or incapacity to serve;

**RESOLVED, FURTHER** that, pursuant to Article III, Section 1 of the Bylaws and Section 1903 of the PBCL, the CRO is hereby authorized, empowered and directed to execute, deliver and file with the Bankruptcy Court, on behalf of the Corporation, a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. § 101 *et seq.* (the "Bankruptcy Code");

**RESOLVED, FURTHER**, that, from and after the filing by the Corporation of a chapter 11 bankruptcy petition with the Bankruptcy Court, the CRO is hereby authorized to execute, make and deliver or cause to be executed, made and delivered all filings, declarations, documents, instruments, agreements and/or certificates of any kind, as determined to be in the best interests of the bankruptcy estate of the Corporation and the creditors and equity holders of the Corporation;

**RESOLVED, FURTHER**, that any and all actions heretofore taken by the Board or any Officer of the Corporation in the name and on behalf of the Corporation in furtherance of the purpose and intent of any or all of the foregoing resolutions, and the execution and delivery of each and every document, instrument, agreement or certificate of any kind pursuant to these resolutions, are hereby ratified, confirmed, and approved in all aspects and shall be binding upon the Corporation.

In accordance with the Corporation's Bylaws and the PBCL, this action may be executed by electronic transmission and in any number of counterparts, each of which shall be deemed to be an original, and all of which taken together and when so executed, shall be deemed to be a single original consent.

**IN WITNESS WHEREOF**, the undersigned, being all of the members of the board of directors of the Corporation, hereby duly execute this Unanimous Consent as of the date set forth below.

Date:   April 24, 2020

_____

Alexys McKenzie, in his capacity as a member of the Board of Directors of the Corporation

_____

Carlos Yearwood Jr., in his capacity as a member of the Board of Directors of the Corporation

Joquinn T. Sadler_____, in his capacity as a member of the Board of Directors of the Corporation

2

**Fill in this information to identify the case:**

Debtor name: IFS Securities, Inc.

United States Bankruptcy Court for the: Northern District of Georgia (State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider,* as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | JP Morgan Chase<br>383 Madison Ave<br>New York, NY 10179-0001 | Matthew Stubbe<br>matthew.stubbe@jpmchase.com | Trade counterparty debt | | | | $3,868,165.00 |
| 2 | Deutsche Bank Securities Inc.<br>60 Wall Street Lbby1<br>New York, NY 10005-2880 | Carolyn Williams<br>Carolyn.Williams@db.com | Trade counterparty debt | | | | $3,500,273.43 |
| 3 | Amherst Pierpont Securities LLC<br>245 Park Avenue Fl 15<br>New York, NY 10167-2400 | Alexandra Fischer<br>afischer@apsec.com | Trade counterparty debt | | | | $3,311,776.00 |
| 4 | CITIgroup Inc.<br>388 Greenwich Street<br>New York, NY 10013-2375 | Brian Loughlin<br>brian.loughlin@citi.com | Trade counterparty debt | | | | $2,321,519.00 |
| 5 | Bank of America<br>100 N. Tryon Street<br>Charlotte, NC 28202-4000 | Norma Hernandez<br>norma.hernandez@bofa.com | Trade counterparty debt | | | | $2,192,544.16 |
| 6 | Citadel Securities LLC<br>131 S. Dearborn Street 32nd Floor<br>Chicago, IL 60603-5517 | Michael Trainor<br>Michael.trainor@citadel.com | Trade counterparty debt | | | | $2,044,528.24 |
| 7 | Credit Suisse<br>Eleven Madison Avenue<br>New York, NY 10010 | Dawn Bochis<br>Dawn.bochis@credit-suisse.com | Trade counterparty debt | | | | $2,002,213.00 |
| 8 | Natwest Market Securities Inc<br>600 Washington Blvd<br>Stamford, CT 06901 | James Esposito<br>james.esposito@natwestmarkets.com | Trade counterparty debt | | | | $1,476,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 1

American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor  IFS Securities, Inc.                                   Case number (*if known*)
        Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | INTL FCStone Inc. 155 E. 44th Street Suite 900 New York, NY 10017-4100 | Andrew R. Chambless Andrew.Chambless@intlfcstone.com | Clearing firm debt | Disputed | | | $1,104,458.00 |
| 10 | TD Securities Inc 66 Wellington Street W Toronto, Ontario, M5K 1A2 Canada | Sean Gaynor Sean.Gaynor@tdsecurities.com | Trade counterparty debt | | | | $1,048,000.00 |
| 11 | UBS AG Bahnhofstrasse 45 Zurich, Zurich, 8001 Switzerland | Anky Chan Anky.chan@ubs.com | Trade counterparty debt | | | | $578,342.00 |
| 12 | Goldman Sachs 200 West Street New York, NY 10282-2198 | Chris Joyce | Trade counterparty debt | | | | $485,326.09 |
| 13 | Societe Generale 29 Boulevard Haussmann Paris, Ile-De-France, 75009 France | Courtenay Woods | Trade counterparty debt | | | | $448,046.87 |
| 14 | HSBC 8-14 Canada Square London, E14 5HQ United Kingdom | | Trade counterparty debt | | | | $300,000.00 |
| 15 | Scotiabank 44 King Street W Scotia Plaza Toronto, Ontario, M5H 1H1 Canada | Kelly Givens 212-225-5841 | Trade counterparty debt | | | | $298,869.00 |
| 16 | FINRA 1735 K Street, NW Washington, DC 20006 | | Trade debt | | | | $56,753.97 |
| 17 | Bloomberg L.P. 731 Lexington Ave FL LL2 New York, NY 10022-1346 | | Trade debt | | | | $56,531.40 |
| 18 | S&P Global Market Intelligence 50 Water Street Fl 40 New York, NY 10041-0004 | | Trade debt | | | | $15,000.00 |
| 19 | Ohab & Co. 100 E. Sybelia Avenue Suite 130 Maitland, FL 32751-4773 | | Professional services | | | | $14,500.00 |
| 20 | Terrana Group 118 N. Clinton Street Suite 375 Chicago, IL 60661-2392 | | Professional services | | | | $13,000.00 |

Official Form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    page 2



**Fill in this information to identify the case and this filing:**

Debtor Name: IFS Securities, Inc.

United States Bankruptcy Court for the: Northern   District of  Georgia
                                                                State

Case number *(If known)*: _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration  _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2020          ✗  */s/ Marshall Glade*
             MM / DD / YYYY         Signature of individual signing on behalf of debtor

                                    Marshall Glade
                                    Printed name

                                    Chief Restructuring Officer
                                    Position or relationship to debtor

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-_____ (　) |

## LIST OF EQUITY SECURITY HOLDERS

1. IFS Group, Inc.

[The remainder of this page is intentionally blank.]

Fill in this information to identify the case and this filing:

Debtor Name: IFS Securities, Inc.

United States Bankruptcy Court for the: Northern District of Georgia

Case number *(If known)*: _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration     List of Equity Security Holders

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/24/2020     ✗ /s/ Marshall Glade
MM / DD / YYYY              Signature of individual signing on behalf of debtor

                            Marshall Glade
                            Printed name

                            Chief Restructuring Officer
                            Position or relationship to debtor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>　　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-_____ ( ) |

**CORPORATE OWNERSHIP STATEMENT**

Pursuant to Federal Rule Bankruptcy Procedure 1007(a)(1), the following is a corporation, other than a governmental unit, that directly or indirectly owns 10% or more of any class of the Debtor's equity interests:

1. IFS Group, Inc.

**Fill in this information to identify the case and this filing:**

Debtor Name: IFS Securities, Inc.
United States Bankruptcy Court for the: Northern District of Georgia
Case number (If known): _____

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration — Corporate Ownership Statement

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/24/2020
MM / DD / YYYY

✗ /s/ Marshall Glade
Signature of individual signing on behalf of debtor

Marshall Glade
Printed name

Chief Restructuring Officer
Position or relationship to debtor

Official Form 202        Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>                     Debtor. | Chapter 11<br><br>Case No. 20-_____ (  ) |

## CERTIFICATION CONCERNING LIST OF ALL CREDITORS

      The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby certifies under penalty of perjury that the *List of All Creditors*, submitted herewith, formatted in portable document format, containing the consolidated list of creditors of the Debtor, is complete and to the best of the Debtor's knowledge, correct and consistent with Debtor's books and records.

      The information contained herein is based upon a review of the Debtor's books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *List of All Creditors* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any listed claims; and/or (3) a waiver of any other right or legal position of the Debtor.

| Fill in this information to identify the case and this filing: | | |
|---|---|---|
| Debtor Name | IFS Securities, Inc. | |
| United States Bankruptcy Court for the: | Northern | District of Georgia |
| | | State |
| Case number *(If known)*: | | |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☒ Other document that requires a declaration        List of Creditors

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/24/2020            ✗ */s/ Marshall Glade*
MM / DD / YYYY                  Signature of individual signing on behalf of debtor

                        Marshall Glade
                        Printed name

                        Chief Restructuring Officer
                        Position or relationship to debtor

Official Form 202    Declaration Under Penalty of Perjury for Non-Individual Debtors


American LegalNet, Inc.
www.FormsWorkFlow.com