**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>                  Debtor. | Chapter 11<br><br>Case No. 20-65841-lrc |

**ORDER AND NOTICE OF DEADLINE REQUIRING FILING OF
PROOFS OF CLAIMS ON OR BEFORE JUNE 5, 2020**

**TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST THE DEBTOR:**

      **PLEASE TAKE NOTICE THAT** on April 27, 2020, IFS Securities, Inc., Debtor and Debtor-in-Possession in the above-captioned Chapter 11 case (the "**Debtor**"), filed a Motion for Order Establishing a Deadline for Filing Proofs of Claims and Approving the Form and Manner of Notice Thereof, requesting that the Court enter an order establishing a deadline for filing proofs of claims in this case.  It appearing that the relief requested is proper, it is hereby

      **ORDERED, AND NOTICE IS GIVEN, THAT THE LAST DATE ESTABLISHED FOR FILING PROOFS OF CLAIMS IN THE DEBTOR'S BANKRUPTCY CASE IS JUNE 5, 2020.  \*\*\*THIS IS A BAR DATE.\*\*\***  Any entity that has previously filed a Proof of Claim is not required to file an additional Proof of Claim; and it is

      **FURTHER ORDERED AND NOTICE IS GIVEN THAT** any person or entity with a claim against the Debtor: (a) not listed in Debtor's bankruptcy schedules; or (b) with claims scheduled as disputed, contingent, or unliquidated, or (c) with claims in different amounts different from that listed in such Debtor's bankruptcy schedules, MUST FILE A PROOF OF CLAIM IN THE DEBTOR'S BANKRUPTCY CASE AND PROPER SUPPORTING DOCUMENTATION WITH THE CLERK OF THE BANKRUPTCY COURT AND SERVE A COPY ON DEBTOR'S UNDERSIGNED COUNSEL ON OR BEFORE **JUNE 5, 2020**; and it is

      **FURTHER ORDERED AND NOTICE IS GIVEN THAT** ANY PERSON OR ENTITY WITH A CLAIM AS DESCRIBED ABOVE WHO FAILS TO TIMELY FILE AND SERVE A PROOF OF CLAIM MAY BE FOREVER BARRED FROM PARTICIPATING IN

DEBTOR'S CHAPTER 11 CASE WITH RESPECT TO VOTING ON ANY PLAN OF REORGANIZATION AND WITH RESPECT TO ANY DISTRIBUTION, OR IN ANY OTHER REGARD AND SUCH CLAIM MAY BE DEEMED TO HAVE BEEN WAIVED; and it is

**FURTHER ORDERED AND NOTICE IS GIVEN THAT** nothing herein shall prejudice the Debtor's right to object to any proof of claim, whether filed or scheduled, on any grounds, or to dispute or assert offsets or defenses to any claims reflected on the Schedules thereto, as to amount, liability, classification, or otherwise or to subsequently designate any claim as disputed, contingent, unliquidated or undetermined; and

**NOTICE IS FURTHER GIVEN** that any person or entity who desires to review the Debtor's bankruptcy schedules to determine how a claim or equity security interest is listed may do so at the Clerk of the Bankruptcy Court between the hours of 8:00 a.m. and 4:45 p.m.  Any entity who desires to rely on such Debtor's bankruptcy schedules has the responsibility for determining that their claim is accurately set forth therein.  All creditors and other parties in interest are referred to the Bankruptcy Code and Bankruptcy Rules for additional information regarding the filing and treatment of proofs of claims and should consult with their own legal advisors.

**NOTICE IS FURTHER GIVEN** that the address for the Clerk of the Bankruptcy Court and Debtor's counsel are as follows:

| | |
|---|---|
| Clerk of the U.S. Bankruptcy Court | John D. Elrod |
| Richard B. Russell Federal Building and | Greenberg Traurig, LLP |
| United States Courthouse | 3333 Piedmont Road NE |
| 75 Ted Turner Drive SW | Suite 2500 |
| Atlanta, GA 30303 | Atlanta, GA 30305 |

**IT IS FURTHER ORDERED AND NOTICE IS GIVEN THAT** Debtor's counsel shall serve a copy of this Order and Notice, within three business days of the date hereof, on all creditors, equity security holders, parties in interest, and those persons who have filed requests for notices in the Debtor's case.

**IT IS FURTHER ORDERED** this Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, enforcement and/or interpretation of this Order and Notice.

###END OF ORDER ###

Prepared and presented by:

GREENBERG TRAURIG, LLP

*/s/ John D. Elrod*

2

John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com

*Proposed Counsel for the Debtor and
Debtor-in-Possession*