**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| IFS Securities, Inc., | Case No. 20-65841-lrc |
| Debtor. | |

### CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2020, I caused to be served the (i) Emergency Motion of the Debtor for Entry of an Orders (A) Authorizing the Maintenance of Bank Account and Continued Use of Existing Business Forms and Checks and (B) Waiving Certain Investment and Deposit Guidelines, dated April 27, 2020 [Doc. 6], (the "**Cash Management Motion**"); the (ii) Emergency Motion of the Debtor for Entry of an Order Authorizing the Rejection of Certain Real Property Leases, dated April 27, 2020 [Doc. 7], (the "**Lease Rejection Motion**"); the (iii) Emergency Motion of the Debtor for Entry of an Order Establishing a Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof, dated April 27, 2020 [Doc. 8], (the "**Bar Date Motion**"); and the (iv) Order and Notice of Hearing, dated April 28, 2020 [Doc. 12], (the "**Notice of Hearing**") by causing true and correct copies of the:

i.  Cash Management Motion to be delivered via UPS priority overnight mail to those parties listed on the annexed **Exhibit A**;

ii.  Lease Rejection Motion to be delivered via UPS priority overnight mail to those parties listed on the annexed **Exhibit B**;

iii.  Bar Date Motion to be delivered via UPS priority overnight mail to those parties listed on the annexed **Exhibit C**;

iv.  Notice of Hearing to be delivered via UPS priority overnight mail to those parties listed on the annexed **Exhibit D**; and

v.  Notice of Hearing to be delivered via USPS Priority Express mail to those parties listed on the annexed **Exhibit E**.

1

Dated: April 29, 2020                    GREENBERG TRAURIG, LLP

                                         */s/ John D. Elrod*
                                         John D. Elrod
                                         Georgia Bar No. 246604
                                         3333 Piedmont Road, NE, Suite 2500
                                         Atlanta, Georgia 30305
                                         Telephone: (678) 553-2259
                                         Facsimile: (678) 553-2269
                                         Email:  elrodj@gtlaw.com

                                         *Proposed Counsel for the Debtor and
                                         Debtor-in-Possession*

2

**<u>Exhibit A</u>**

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Office of the United States Attorney for the
Northern District of Georgia
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

Office of the Secretary of the Commonwealth of
Pennsylvania
302 North Office Building
401 North Street
Harrisburg, PA 17120

Secretary of State of Georgia
214 State Capital, SW
Atlanta, GA 30334

Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104-5002

Georgia Department of Revenue
1800 Century Blvd, NE
Atlanta, GA 30345

Pennsylvania Department of Revenue
1 Strawberry Square
Harrisburg, PA 17101

Renasant Bank
3328 Peachtree Road, NE
Atlanta, GA 30326

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Amherst Pierpont Securities LLC
245 Park Avenue, Fl 15
New York, NY 10167-2400

Bank of America
100 N. Tryon Street
Charlotte, NC 28202-4000

Bloomberg L.P.
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Citadel Securities LLC
131 S. Dearborn Street, 32nd Floor
Chicago, IL 60603-5517

CITIgroup Inc.
388 Greenwich Street
New York, NY 10013-2375

Credit Suisse
Eleven Madison Avenue
New York, NY 10010

Deutsche Bank Securities Inc.
60 Wall Street, Lbby 1
New York, NY 10005-2880

FINRA
1735 K Street, NW
Washington, DC 20006

Goldman Sachs
22 West Street
New York, NY 10282-2198

HSBC
8-14 Canada Square
London, E14 5HO
United Kingdom

INTL FC Stone Inc.
155 E. 44th Street, Suite 900
New York, NY 10017-4100

JP Morgan Chase
383 Madison Ave
New York, NY 10179-0001

Natwest Market Securities Inc
600 Washington Blvd
Stamford, CT 06901

Ohab & Co.
100 E. Sybelia Ave, Suite 130
Maitland, FL 32751-4773

S&P Global Market Intelligence
50 Water Street, Fl 40
New York, NY 10041-0004

Scotiabank
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

Societe Generale
29 Boulevard Haussmann
Paris, Ile-de-France, 75009

TD Securities Inc
66 Wellington Street W
Toronto, Ontario, M5K 1A2
Canada

Terrana Group
118 N. Clinton Street, Suite 375
Chicago, IL 60661-2392

UBS AG
Bahnhofstrasse 45
Zurich, Zurich, 8001
Switzerland

**<u>Exhibit B</u>**

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Office of the United States Attorney for the
Northern District of Georgia
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

Office of the Secretary of the Commonwealth of
Pennsylvania
302 North Office Building
401 North Street
Harrisburg, PA 17120

Secretary of State of Georgia
214 State Capital, SW
Atlanta, GA 30334

Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104-5002

Georgia Department of Revenue
1800 Century Blvd, NE
Atlanta, GA 30345

Pennsylvania Department of Revenue
1 Strawberry Square
Harrisburg, PA 17101

Highwoods Realty Limited Partnership
3100 Smoketree Court, Suite 600
Raleigh, NC 27604

Texas Investments, LLC
Attn: Laura Sisco
30466 Sgt. Boots Thomas Drive
Spanish Fort, AL 36527

Amherst Pierpont Securities LLC
245 Park Avenue, Fl 15
New York, NY 10167-2400

Bank of America
100 N. Tryon Street
Charlotte, NC 28202-4000

Bloomberg L.P.
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Citadel Securities LLC
131 S. Dearborn Street, 32nd Floor
Chicago, IL 60603-5517

CITIgroup Inc.
388 Greenwich Street
New York, NY 10013-2375

Credit Suisse
Eleven Madison Avenue
New York, NY 10010

Deutsche Bank Securities Inc.
60 Wall Street, Lbby 1
New York, NY 10005-2880

FINRA
1735 K Street, NW
Washington, DC 20006

Goldman Sachs
22 West Street
New York, NY 10282-2198

HSBC
8-14 Canada Square
London, E14 5HO
United Kingdom

INTL FC Stone Inc.
155 E. 44th Street, Suite 900
New York, NY 10017-4100

JP Morgan Chase
383 Madison Ave
New York, NY 10179-0001

Natwest Market Securities Inc
600 Washington Blvd
Stamford, CT 06901

Ohab & Co.
100 E. Sybelia Ave, Suite 130
Maitland, FL 32751-4773

S&P Global Market Intelligence
50 Water Street, Fl 40
New York, NY 10041-0004

Scotiabank
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

Societe Generale
29 Boulevard Haussmann
Paris, Ile-de-France, 75009

TD Securities Inc
66 Wellington Street W
Toronto, Ontario, M5K 1A2
Canada

Terrana Group
118 N. Clinton Street, Suite 375
Chicago, IL 60661-2392

UBS AG
Bahnhofstrasse 45
Zurich, Zurich, 8001
Switzerland

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

**<u>Exhibit C</u>**

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Office of the United States Attorney for the
Northern District of Georgia
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

Office of the Secretary of the Commonwealth of
Pennsylvania
302 North Office Building
401 North Street
Harrisburg, PA 17120

Secretary of State of Georgia
214 State Capital, SW
Atlanta, GA 30334

Internal Revenue Service
2970 Market Street
Philadelphia, PA 19104-5002

Georgia Department of Revenue
1800 Century Blvd, NE
Atlanta, GA 30345

Pennsylvania Department of Revenue
1 Strawberry Square
Harrisburg, PA 17101

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Amherst Pierpont Securities LLC
245 Park Avenue, Fl 15
New York, NY 10167-2400

Bank of America
100 N. Tryon Street
Charlotte, NC 28202-4000

Bloomberg L.P.
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Citadel Securities LLC
131 S. Dearborn Street, 32nd Floor
Chicago, IL 60603-5517

CITIgroup Inc.
388 Greenwich Street
New York, NY 10013-2375

Credit Suisse
Eleven Madison Avenue
New York, NY 10010

Deutsche Bank Securities Inc.
60 Wall Street, Lbby 1
New York, NY 10005-2880

FINRA
1735 K Street, NW
Washington, DC 20006

Goldman Sachs
22 West Street
New York, NY 10282-2198

HSBC
8-14 Canada Square
London, E14 5HO
United Kingdom

INTL FC Stone Inc.
155 E. 44th Street, Suite 900
New York, NY 10017-4100

JP Morgan Chase
383 Madison Ave
New York, NY 10179-0001

Natwest Market Securities Inc
600 Washington Blvd
Stamford, CT 06901

Ohab & Co.
100 E. Sybelia Ave, Suite 130
Maitland, FL 32751-4773

S&P Global Market Intelligence
50 Water Street, Fl 40
New York, NY 10041-0004

Scotiabank
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

Societe Generale
29 Boulevard Haussmann
Paris, Ile-de-France, 75009

TD Securities Inc
66 Wellington Street W
Toronto, Ontario, M5K 1A2
Canada

Terrana Group
118 N. Clinton Street, Suite 375
Chicago, IL 60661-2392

UBS AG
Bahnhofstrasse 45
Zurich, Zurich, 8001
Switzerland

**<u>Exhibit D</u>**

Jonathan S. Adams
Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3315

Office of the United States Attorney for the
Northern District of Georgia
75 Ted Turner Drive, SW, Suite 600
Atlanta, GA 30303-3309

Office of the Secretary of the
Commonwealth of Pennsylvania
302 North Office Building
401 North Street
Harrisburg, PA 17120

Secretary of State of Georgia
214 State Capital, SW
Atlanta, GA 30334

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Georgia Department of Revenue
1800 Century Blvd, NE
Atlanta, GA 30345

Pennsylvania Department of Revenue
1 Strawberry Square
Harrisburg, PA 17101

U.S. Securities and Exchange Commission
Office of Reorganization
950 East Paces Ferry Road, NE, Suite 900
Atlanta, GA 30326-1382

Renasant Bank
3328 Peachtree Road, NE
Atlanta, GA 30326

Highwoods Realty Limited Partnership
3100 Smoketree Court, Suite 600
Raleigh, NC 27604

Texas Investments, LLC
Attn: Laura Sisco
30466 Sgt. Boots Thomas Drive
Spanish Fort, AL 36527

Activ Financial Systems, Inc.
120 East Liberty Drive, Suite 200
Wheaton, IL 60187

A.   William Jordan
712 Lady Hillingdon Court
Greer, SC 29650

Accuity Inc. NRS
1007 Church Street
Evanston, IL 60201

Artisan Software Inc
7676 Hazard Center Drive, Suite 1540
San Diego, CA 92108

Amherst Pierpont Securities LLC
245 Park Avenue, Fl 15
New York, NY 10167-2400

Angela Avery
3443 Kingsboro Road, NE, #1113
Atlanta, GA 30326

Bloomberg L.P. #30178362
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Bank of America
100 N. Tryon Street
Charlotte, NC 28202-4000

Bloomberg L.P.
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Blue Compass Software LLC
P.O. Box 1256
Vienna, VA 22183

Bloomberg L.P. #30404892
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Bloomberg L.P. #430314931
731 Lexington Ave, FL LL2
New York, NY 10022-1346

Citadel Securities LLC
131 S. Dearborn Street, 32nd Floor
Chicago, IL 60603-5517

BMO
3 Times Square
New York, NY 10036

Charles River Development
700 District Avenue
Burlington, MA 01803

CAN Insurance
151 N. Franklin Street, Floor 9
Chicago, IL 60606

CITIgroup Inc.
388 Greenwich Street
New York, NY 10013-2375

City of Aurora
15151 E. Alameda Parkway
Aurora, CO 80012

Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808

Cogent Communications
2450 N Street NW
Washington, DC 20037

Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Creditex Securities Corp
55 E. 52nd Street, 40th Floor
New York, NY 10055

Craig Walker
650 Glen Barrett Court
Marietta, GA 30066

Credit Suisse
Eleven Madison Avenue
New York, NY 10010

David Cancro
404 E. 66th Street, Apt 1N
New York, NY 10065

CUSIP Global Services
55 Water Street #45
New York, NY 10041

Danny Weeks
6405 Woodmont Blvd
Norcross, GA 30092

Dimitri Gaspard
P.O. Box 815
Mount Sinai, NY 11766

Delerme CPA LLC
4651 Roswell Road, B105
Atlanta, GA 30342

Deutsche Bank Securities Inc.
60 Wall Street, Lbby 1
New York, NY 10005-2880

DTCC
55 Water Street
New York, NY 10041

Domain Listings
P.O. Box 19604
Las Vegas, NV 89132

Drummond Press, Inc.
2742 Dennis Street
Jacksonville, FL 32204

Family Heritage Group LLC
8261 Greenback Lane, Suite 100
Fair Oaks, CA 95628

Enfusion, LLC
30 S. Wacker Drive, Suite 1375
Chicago, IL 60606

Eze Castle Software LLC
12 Farnsworth Street
Boston, MA 02210

FINOP Services, LLC
14 Vanderventer Avenue
Port Washington, NY 11050

Fernando A. Bramwell
248-19 Memphis Avenue
Rosedale, NY 11422

Fidessa Corp
120 Belmont Drive #2
Somerset, NJ 08873

Florida Dept. of Revenue
5050 W. Tennessee Street
Tallahassee, FL 32399-0120

FINRA
1735 K Street, NW
Washington, DC 20006

Finwebtech LLC
945 Liberty Avenue, Suite 500
Pittsburgh, PA 15222

Global Relay
220 Cambie Street, 2nd Floor
Vancouver, BC, V6B 2M9
Canada

Garon Hart Graphic Design
3743 Golden Leaf Pt. SW
Gainesville, GA 30504

Georgia Chamber of Commerce
270 Peachtree Street NW, Suite 2200
Atlanta, GA 30303

Highwood Parking – Atlanta
3424 Peachtree Road, Monarch Plaza
Atlanta, GA 30326

Goldman Sachs
22 West Street
New York, NY 10282-2198

Greg Van Winkle
6306 Guilford Avenue
Indianapolis, IN 46220

HSBC
8-14 Canada Square
London, E14 5HO
United Kingdom

Highwoods Realty
3100 Smoketree Court, Suite 600
Raleigh, NC 27604

Howard Stover
1851 Elk Lane
Okemos, MI 48864

JP Morgan Chase
383 Madison Ave
New York, NY 10179-0001

ICE Data Pricing and Ref Data
99 Cherry Hill Road, Suite 300
Parsippany, NJ 07054-1102

INTL FC Stone Inc.
155 E. 44th Street, Suite 900
New York, NY 10017-4100

Kevin Muldowney
3325 Kentworth Lane
Alpharetta, GA 30004

Ken Hyatt
1242 Glen Eagle Drive
Greensboro, GA 30642

Kenneth Jackson
124 Park Place
Decatur, GA 30030

Lisa Armoyan
c/o Thomas Law Group, PC
2943 Jefferson Street
Carlsbad, CA 92008

LexisNexis
5000 T-Rex Ave, Suite 300
Boca Raton, FL 33431

Lisa Armoyan
c/o Shumaker, Loop & Kendrick
240 South Pineapple Avenue
Sarasota, FL 34230

Milner Inc.
5125 Peachtree Industrial Blvd
Norcross, GA 30092

MarketAxess Corporation
299 Park Ave, 10th Floor
New York, NY 10171

Megapath
210 Interstate North Parkway
Suite 300
Atlanta, GA 30339

MuniBrokers LLC
111 Town Square Place, Suite 1500
Jersey City, NJ 07069

Morgan Stanley
1585 Broadway
New York, NY 10036

MSRB
1300 I Street NW, Suite 1000
Washington, DC 20005

NYSE Market
11 Wall Street
New York, NY 10005

Natwest Market Securities Inc
600 Washington Blvd
Stamford, CT 06901

NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902

Portware
233 Broadway, 24th Floor
New York, NY 10279

Ohab & Co.
100 E. Sybelia Ave, Suite 130
Maitland, FL 32751-4773

Pitchbook Data, Inc.
1700 Seventh Ave, Suite 2100
Seattle, WA 98101

Randall Bryan Edwards
3718 W. Beverly Drive
Dallas, TX 75209

Prime Executions, Inc.
40 Wall Street, Suite 1704
New York, NY 10005

Qualified Media
P.O. Box 283
Hulpsville, PA 19443

Registered Agent Solutions Inc
1701 Directors Blvd, Suite 300
Austin, TX 78744

Randolph and Michelle Emerick
11410 Northwest 39th Place
Sunrise, FL 33323

Raymond James and Associates
880 Carillon Parkway
Saint Petersburg, FL 33716

Scherrer Resources, Inc.
426 Pennsylvania Ave, Suite 207
Fort Washington, PA 19034

Regus Management Group, LLC
15305 Dallas Parkway, Suite 400
Addison, TX 75001

S&P Global Market Intelligence
50 Water Street, Fl 40
New York, NY 10041-0004

Shirley and Thaddeus Daniels
2101 North West 34th Street
Miami, FL 33142

Scotiabank
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

Servcorp
19-29 Martin Place
Level 63, MLC Centre
Sydney, Australia NSW 2000

SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Sircon Corporation
2112 University Park Drive
Okemos, MI 48864

Societe Generale
29 Boulevard Haussmann
Paris, Ile-de-France, 75009

TD Securities Inc
66 Wellington Street W
Toronto, Ontario, M5K 1A2
Canada

Stephen Felix
5710 Riley Terrace
Atlanta, GA 30327

Tamara Peden
8706 Gross Point Road
Skokie, IL 60077

TMC Bonds
825 3rd Avenue, 9th Floor
New York, NY 10022

Tennessee Dept. of Revenue
1301 Riverfront Parkway
Suite 203
Chattanooga, TN 37402

Terrana Group
118 N. Clinton Street, Suite 375
Chicago, IL 60661-2392

UBS AG
Bahnhofstrasse 45
Zurich, Zurich, 8001
Switzerland

Tradeweb, LLC
1177 Avenue of the Americas
New York, NY 10036

TransAmerica Life Insurance Co
4333 Edgewood Road NE
Cedar Rapids, IA 52499

XTRAC Solutions
245 Summer Street
Boston, MA 02210

Virgo
1345 Avenue of the Americas
New York, NY 10105

Virtu ITG Platforms Inc.
One Liberty Plaza
165 Broadway
New York, NY 10006

**<u>Exhibit E</u>**

Blue Compass Software LLC
P.O. Box 1256
Vienna, VA 22183

Dimitri Gaspard
P.O. Box 815
Mount Sinai, NY 11766

Domain Listings
P.O. Box 19604
Las Vegas, NV 89132

NYS Assessment Receivables
P.O. Box 4127
Binghamton, NY 13902

Qualified Media
P.O. Box 283
Hulpsville, PA 19443