**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **IFS SECURITIES, INC.,** | ) | **Case No.: 20-65841-LRC** |
| | ) | |
| **Debtor.** | ) | **Chapter 11** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of creditor and party in interest INTL FCStone Financial Inc. ("INTL"), and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), requests that all notices given or required to be given and all papers served in this case be delivered to and served upon INTL at the following address:

> Ryan D. Thompson
> Maynard, Cooper & Gale, P.C.
> 1901 Sixth Avenue North
> 2400 Regions/Harbert Plaza
> Birmingham, AL  35203
> (205) 254-1000
> rthompson@maynardcooper.com

**PLEASE TAKE FURTHER NOTICE** that pursuant to section 1109(b) of title 11 of the U.S. Code, 11 U.S.C. §§ 101, *et seq.* (the "Bankruptcy Code"), the foregoing demand includes not only the notice and papers referred to in the aforementioned Bankruptcy Rules, but without limitation, all orders and notices of any application, motion, hearing, petition, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, personal delivery, telephone, telegraph, telex, facsimile, electronic mail or otherwise, which affect or seek to affect in any way any right or interest of the debtor in the above-captioned case.

This appearance and demand for notice and service of the papers is not and may not be deemed or construed to be a waiver of any of the substantive or procedural rights of INTL, including, but not limited to any right (i) to require that where any adversary proceeding is initiated against INTL in this or any related case, or where any proceeding is initiated by complaint against INTL, the Bankruptcy Rules, the Federal Rules of Civil Procedure, and non-bankruptcy law, as applicable, shall apply, such that service upon the undersigned counsel is insufficient for any such proceeding; (ii) to have any final order in a matter entered only after *de novo* review by the United States District Court, as appropriate; (iii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case; or (iv) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or of any other right, claim, action, defense, setoff or recoupment to which INTL is or may be entitled at law or in equity, all of which rights, claims, actions, defenses, setoffs or recoupments INTL expressly reserves.

This the 30th day of April, 2020.

                                                         */s/ Ryan D. Thompson*
                                                         Ryan D. Thompson
                                                         Attorney for INTL FCStone Financial Inc.

**OF COUNSEL:**

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203
Phone: 205-254-1000
Fax: 205-714-6383
Email: rthompson@maynardcooper.com

**CERTIFICATE OF SERVICE**

05383675.1                                           2

I do hereby certify that I have served a copy of the foregoing document upon the following via electronic filing notification and/or by mailing a copy of same by First Class United States Mail, properly addressed and postage prepaid, on this the 30th day of April, 2020, as follows:

| | |
|---|---|
| John D. Elrod | Office of the United States Trustee |
| Greenberg Traurig, LLP | 362 Richard B. Russell Building |
| Terminus 200, Suite 2500 | 75 Ted Turner Drive SW, Ste. 362 |
| 3333 Piedmont Road, NE | Atlanta, Georgia 30303 |
| Atlanta, Georgia 30305 | |

/s/ Ryan D. Thompson
Of Counsel