| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **IFS Securities, Inc.** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA |
| Case number (if known) | 20-65841-LRC |

☐ Check if this is an amended filing

Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>A. William Jordan<br>712 Lady Hillingdon Court<br>Greer, SC 29650<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>Accuity Inc. NRS<br>1007 Church Street<br>Evanston, IL 60201<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,312.50 |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>Activ Financial Systems, Inc.<br>120 East Liberty Drive<br>Suite 200<br>Wheaton, IL 60187<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $1,289.68 |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>Amherst Pierpont Securities LL<br>245 Park Avenue Fl 15<br>New York, NY 10167-2400<br><br>Date(s) debt was incurred  __<br>Last 4 digits of account number  __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:**  Trade counterparty debt<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,311,776.00 |

| Debtor | IFS Securities, Inc. | | Case number (if known) | 20-65841-LRC |
|---|---|---|---|---|
| | Name | | | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>Angela Avery<br>3443 Kingsboro Road NE #1113<br>Atlanta, GA 30326<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $0.00 |
|---|---|---|---|
| 3.6 | **Nonpriority creditor's name and mailing address**<br>Artisan Software Inc<br>7676 Hazard Center Drive<br>Suite 1540<br>San Diego, CA 92108<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $3,300.00 |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>Bank of America<br>100 N. Tryon Street<br>Charlotte, NC 28202-4000<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** **Trade counterparty debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,192,544.16 |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>Bloomberg L.P.<br>731 Lexington Ave FL LL2<br>New York, NY 10022-1346<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Trade debt**<br>Is the claim subject to offset?  ■ No  ☐ Yes | $56,531.40 |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>Bloomberg L.P. (#30178362)<br>731 Lexington Avenue<br>FL LL2<br>New York, NY 10022-2000<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $300.15 |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>Bloomberg L.P. (#30404892)<br>731 Lexington Avenue<br>FL LL2<br>New York, NY 10022<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $6,531.67 |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>Bloomberg L.P. (#430314931)<br>731 Lexington Avenue<br>FL LL2<br>New York, NY 10022<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset?  ■ No  ☐ Yes | $2,000.00 |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| 3.12 | **Nonpriority creditor's name and mailing address**<br>Blue Compass Software LLC<br>P.O. Box 1256<br>Vienna, VA 22183 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $826.80 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.13 | **Nonpriority creditor's name and mailing address**<br>BMO<br>3 Times Square<br>New York, NY 10036 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.14 | **Nonpriority creditor's name and mailing address**<br>Charles River Development<br>700 District Avenue<br>Burlington, MA 01803 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,500.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.15 | **Nonpriority creditor's name and mailing address**<br>Citadel Securities LLC<br>131 S. Dearborn Street<br>32nd Floor<br>Chicago, IL 60603-5517 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,044,528.24 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade counterparty debt<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.16 | **Nonpriority creditor's name and mailing address**<br>CITIgroup Inc.<br>388 Greenwich Street<br>New York, NY 10013-2375 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $2,321,519.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** Trade counterparty debt<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.17 | **Nonpriority creditor's name and mailing address**<br>City of Aurora<br>15151 E. Alameda Parkway<br>Aurora, CO 80012 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $76.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| 3.18 | **Nonpriority creditor's name and mailing address**<br>CNA Insurance<br>151 N Franklin Street<br>Floor 9<br>Chicago, IL 60606 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,957.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

---

**3.19** **Nonpriority creditor's name and mailing address**
Cogent Communications
2450 N Street NW
Washington, DC 20037

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,486.54**

---

**3.20** **Nonpriority creditor's name and mailing address**
Concur Technologies, Inc.
62157 Collections Center Drive
Chicago, IL 60693

Date(s) debt was incurred __
Last 4 digits of account number  9166

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$200.55**

---

**3.21** **Nonpriority creditor's name and mailing address**
Corporate Service Company
251 Little Falls Drive
Wilmington, DE 19808

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$8,293.59**

---

**3.22** **Nonpriority creditor's name and mailing address**
Craig Walker
650 Glen Barrett Court
Marietta, GA 30066

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.23** **Nonpriority creditor's name and mailing address**
Credit Suisse
Eleven Madison Avenue
New York, NY 10010

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Trade counterparty debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,002,213.00**

---

**3.24** **Nonpriority creditor's name and mailing address**
Creditex Securities Corp
55 E. 52nd Street
40th Floor
New York, NY 10055

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,709.75**

---

**3.25** **Nonpriority creditor's name and mailing address**
CUSIP Global Services
55 Water Street #45
New York, NY 10041

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$117.00**

---

Debtor    IFS Securities, Inc.                                                                          Case number (if known)    20-65841-LRC
          Name

| | | | |
|---|---|---|---|
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Danny Weeks<br>6405 Woodmont Blvd<br>Norcross, GA 30092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>David Cancro<br>404 E. 66th Street<br>Apt 1N<br>New York, NY 10065 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $147.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Delerme CPA LLC<br>4651 Rosewll Road B105<br>Atlanta, GA 30342 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,000.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>Deutsche Bank Securities Inc.<br>60 Wall Street Lbby1<br>New York, NY 10005-2880 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $3,500,273.43 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade counterparty debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Dimitri Gaspard<br>P.O. Box 815<br>Mount Sinai, NY 11766 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Domain Listings<br>P.O. Box 19604<br>Las Vegas, NV 89132 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $228.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Drummond Press, Inc.<br>2742 Dennis Street<br>Jacksonville, FL 32204 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $514.45 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| 3.33 | **Nonpriority creditor's name and mailing address**<br>DTCC<br>55 Water Street<br>New York, NY 10041<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,316.00 |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Enfusion, LLC<br>30 S. Wacker Drive<br>Suite 1375<br>Chicago, IL 60606<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,000.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>Eze Castle Software LLC<br>12 Farnsworth Street<br>Boston, MA 02210<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $4,070.50 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Family Heritage Group LLC<br>8261 Greenback Lane<br>Suite 100<br>Fair Oaks, CA 95628<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $500.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Fernando A. Bramwell<br>248-19 Memphis Avenue<br>Rosedale, NY 11422<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $500.00 |
| 3.38 | **Nonpriority creditor's name and mailing address**<br>Fidessa Corp<br>120 Belmont Drive #2<br>Somerset, NJ 08873<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $3,140.04 |
| 3.39 | **Nonpriority creditor's name and mailing address**<br>FINOP Services, LLC<br>14 Vanderventer Avenue<br>Port Washington, NY 11050<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $2,600.00 |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>**FINRA**<br>**1735 K Street, NW**<br>**Washington, DC 20006**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Debt<br>Is the claim subject to offset? ■ No  ☐ Yes | $56,753.97 |
|---|---|---|---|
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Finwebtech LLC**<br>**945 Liberty Avenue**<br>**Suite 500**<br>**Pittsburgh, PA 15222**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,700.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Florida Dept. of Revenue**<br>**5050 W. Tennessee St**<br>**Tallahassee, FL 32399-0120**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $464.73 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Garon Hart Graphic Design**<br>**3743 Golden Leaf Pt. SW**<br>**Gainesville, GA 30504**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $1,157.00 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Georgia Chamber of Commerce**<br>**270 Peachtree Street NW**<br>**Suite 2200**<br>**Atlanta, GA 30303**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $840.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Global Relay**<br>**220 Cambie Street**<br>**2nd Floor**<br>**Vancouver, BC, V6B 2M9**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $8,959.70 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Goldman Sachs**<br>**200 West Street**<br>**New York, NY 10282-2198**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trade counterparty debt<br>Is the claim subject to offset? ■ No  ☐ Yes | $485,326.09 |

| Official Form 206 E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 7 of 16 |
|---|---|---|
| Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com | | Best Case Bankruptcy |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

---

**3.47** **Nonpriority creditor's name and mailing address**
Greg Van Winkle
6306 Guilford Avenue
Indianapolis, IN 46220

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.48** **Nonpriority creditor's name and mailing address**
Highwood Parking - Atlanta
3424 Peachtree Road
Monarch Plaza
Atlanta, GA 30326

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,635.00**

---

**3.49** **Nonpriority creditor's name and mailing address**
Highwoods Realty
3100 Smoketree Court
Suite 600
Raleigh, NC 27604

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$9,097.05**

---

**3.50** **Nonpriority creditor's name and mailing address**
Howard Stover
1851 Elk Lane
Okemos, MI 48864

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.51** **Nonpriority creditor's name and mailing address**
HSBC
8-14 Canada Square
London, E14 5HO
United Kingdom

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Trade counterparty debt**

Is the claim subject to offset?  ■ No  ☐ Yes

**$300,000.00**

---

**3.52** **Nonpriority creditor's name and mailing address**
ICE Data Pricing and Ref Data
99 Cherry Hill Road
Suite 300
Parsippany, NJ 07054-1102

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$2,754.15**

---

**3.53** **Nonpriority creditor's name and mailing address**
ICE Data Pricing and Ref Data
99 Cherry Hill Road
Suite 300
Parsippany, NJ 07054

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset?  ■ No  ☐ Yes

**$1,764.40**

---

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| 3.54 | **Nonpriority creditor's name and mailing address**<br>**INTL FCStone Inc.**<br>**155 E. 44th Street**<br>**Suite 900**<br>**New York, NY 10017-4100**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Clearing firm debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,104,458.00 |
|---|---|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address**<br>**JP Morgan Chase**<br>**383 Madison Ave**<br>**New York, NY 10179-0001**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trade counterparty debt<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,868,165.00 |
| 3.56 | **Nonpriority creditor's name and mailing address**<br>**Kaiser Marketing Group**<br>**850 Doe Hill Lane**<br>**Roswell, GA 30075**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $5,531.25 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br>**Ken Hyatt**<br>**1241 Glen Eagle Drive**<br>**Greensboro, GA 30642**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br>**Kenneth Jackson**<br>**124 Park Place**<br>**Decatur, GA 30030**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $776.62 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br>**Kevin Muldowney**<br>**3325 Kentworth Lane**<br>**Alpharetta, GA 30004**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br>**LexisNexis**<br>**5000 T-Rex Avenue**<br>**Suite 300**<br>**Boca Raton, FL 33431**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,024.50 |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| 3.61 | **Nonpriority creditor's name and mailing address**<br>Lisa Armoyan<br>c/o Shumaker, Loop & Kendrick<br>240 South Pineapple Avenue<br>Sarasota, FL 34230 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.62 | **Nonpriority creditor's name and mailing address**<br>MarketAxess Corporation<br>299 Park Avenue<br>10th Floor<br>New York, NY 10171 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $600.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.63 | **Nonpriority creditor's name and mailing address**<br>Megapath<br>210 Interstate North Parkway<br>Suite 300<br>Atlanta, GA 30339 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $508.94 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.64 | **Nonpriority creditor's name and mailing address**<br>Milner Inc.<br>5125 Peachtree Industrial Blvd<br>Norcross, GA 30092 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $434.51 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.65 | **Nonpriority creditor's name and mailing address**<br>Morgan Stanley<br>1585 Broadway<br>New York, NY 10036 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.66 | **Nonpriority creditor's name and mailing address**<br>MSRB<br>1300 I Street NW<br>Suite 1000<br>Washington, DC 20005 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,136.90 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

| 3.67 | **Nonpriority creditor's name and mailing address**<br>MuniBrokers LLC<br>111 Town Square Place<br>Suite 1500<br>Jersey City, NJ 07069 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,200.00 |
|---|---|---|---|
| | Date(s) debt was incurred __ | **Basis for the claim:** __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset?  ☒ No  ☐ Yes | |

Debtor   IFS Securities, Inc.                                              Case number (if known)   20-65841-LRC
         Name

| 3.68 | **Nonpriority creditor's name and mailing address**<br>**Natwest Market Securities Inc**<br>**600 Washington Blvd**<br>**Stamford, CT 06901**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** Trade counterparty debt<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $1,476,000.00 |
|---|---|---|---|
| 3.69 | **Nonpriority creditor's name and mailing address**<br>**NYS Assessment Receivables**<br>**P.O. 4127**<br>**Binghamton, NY 13902**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $205.46 |
| 3.70 | **Nonpriority creditor's name and mailing address**<br>**NYSE Market**<br>**11 Wall Street**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,928.48 |
| 3.71 | **Nonpriority creditor's name and mailing address**<br>**Ohab & Co.**<br>**100 E. Sybelia Avenue**<br>**Suite 130**<br>**Maitland, FL 32751-4773**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Professional services<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $14,500.00 |
| 3.72 | **Nonpriority creditor's name and mailing address**<br>**Pitchbook Data, Inc.**<br>**1700 Seventh Avenue**<br>**Suite 2100**<br>**Seattle, WA 98101**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $6,000.00 |
| 3.73 | **Nonpriority creditor's name and mailing address**<br>**Portware**<br>**233 Broadway**<br>**24th Floor**<br>**New York, NY 10279**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $3,000.00 |
| 3.74 | **Nonpriority creditor's name and mailing address**<br>**Prime Executions, Inc.**<br>**40 Wall Street**<br>**Suite 1704**<br>**New York, NY 10005**<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br><br>Is the claim subject to offset?  ■ No   ☐ Yes | $12,376.85 |

Debtor  IFS Securities, Inc.                                        Case number (if known)  20-65841-LRC
        Name

| 3.75 | **Nonpriority creditor's name and mailing address**<br>Qualified Media<br>P.O. Box 283<br>Kulpsville, PA 19443<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $300.00 |
|---|---|---|---|
| 3.76 | **Nonpriority creditor's name and mailing address**<br>Randall Bryan Edwards<br>3718 W. Beverly Drive<br>Dallas, TX 75209<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $0.00 |
| 3.77 | **Nonpriority creditor's name and mailing address**<br>Randolph and Michelle Emerick<br>11410 Northwest 39th Place<br>Sunrise, FL 33323<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $50,000.00 |
| 3.78 | **Nonpriority creditor's name and mailing address**<br>Raymond James and Associates<br>880 Carillon Parkway<br>Saint Petersburg, FL 33716<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $2,500.00 |
| 3.79 | **Nonpriority creditor's name and mailing address**<br>Registered Agent Solutions Inc<br>1701 Directors Blvd<br>Suite 300<br>Austin, TX 78744<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $741.92 |
| 3.80 | **Nonpriority creditor's name and mailing address**<br>Regus Management Group, LLC<br>15305 Dallas Parkway<br>Suite 400<br>Addison, TX 75001<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __<br>Is the claim subject to offset? ■ No  ☐ Yes | $178.00 |
| 3.81 | **Nonpriority creditor's name and mailing address**<br>S&P Global Market Intelligence<br>50 Water Street Fl 40<br>New York, NY 10041-0004<br><br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade debt __<br>Is the claim subject to offset? ■ No  ☐ Yes | $15,000.00 |

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

---

**3.82** **Nonpriority creditor's name and mailing address**
Scherrer Resources, Inc.
426 Pennsylvania Avenue
Suite 207
Fort Washington, PA 19034

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,295.00**

---

**3.83** **Nonpriority creditor's name and mailing address**
Scotiabank
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Trade counterparty debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$298,869.00**

---

**3.84** **Nonpriority creditor's name and mailing address**
Servcorp
19-29 Martin Place
Level 63, MLC Centre
Sydney, Australia, NSW 2000

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$9,126.49**

---

**3.85** **Nonpriority creditor's name and mailing address**
Shirley and Thaddeus Daniels
2101 North West 34th Street
Miami, FL 33142

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

**3.86** **Nonpriority creditor's name and mailing address**
Sircon Corporation
2112 Univeristy Park Drive
Okemos, MI 48864

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$51.00**

---

**3.87** **Nonpriority creditor's name and mailing address**
Societe Generale
29 Boulevard Haussmann
Paris, Ile-de-France, 75009
France

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:** **Trade counterparty debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$448,046.87**

---

**3.88** **Nonpriority creditor's name and mailing address**
SS&C Technologies, Inc.
80 Lamberton Road
Windsor, CT 06095

Date(s) debt was incurred __
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,750.00**

---

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Amount |
|---|---|---|---|
| 3.89 | Stephen Felix<br>5710 Riley Terrace<br>Atlanta, GA 30327<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.90 | Tamara Peden<br>8706 Gross Point Road<br>Skokie, IL 60077<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.91 | TD Securities Inc<br>66 Wellington Street W<br>Toronto, Ontario, M5K 1A2<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: Trade counterparty debt<br>Is the claim subject to offset? ■ No ☐ Yes | $1,048,000.00 |
| 3.92 | Tennessee Dept of Revenue<br>1301 Riverfront Parkway<br>Suite 203<br>Chattanooga, TN 37402<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $711.36 |
| 3.93 | Terrana Group<br>118 N. Clinton Street<br>Suite 375<br>Chicago, IL 60661-2392<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: Professional services<br>Is the claim subject to offset? ■ No ☐ Yes | $13,000.00 |
| 3.94 | Thomas W. Howes<br>10319 Westlake Drive<br>Suite 446<br>Bethesda, MD 20817<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ■ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.95 | TMC Bonds<br>825 3rd Avenue<br>9th Floor<br>New York, NY 10022<br>Date(s) debt was incurred __<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __<br>Is the claim subject to offset? ■ No ☐ Yes | $200.00 |

Debtor **IFS Securities, Inc.** Case number (if known) 20-65841-LRC
Name

| 3.96 | **Nonpriority creditor's name and mailing address**<br>Tradeweb, LLC<br>1177 Avenue of the Americas<br>New York, NY 10036 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.97 | **Nonpriority creditor's name and mailing address**<br>TransAmerica Life Insurance Co<br>4333 Edgewood Road NE<br>Cedar Rapids, IA 52499 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.98 | **Nonpriority creditor's name and mailing address**<br>UBS AG<br>Bahnhofstrasse 45<br>Zurich, Zurich, 8001<br>Switzerland | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed | $578,342.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** **Trade counterparty debt**<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.99 | **Nonpriority creditor's name and mailing address**<br>Virgo<br>1345 Avenue of the Americas<br>New York, NY 10105 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,903.74 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.100 | **Nonpriority creditor's name and mailing address**<br>Virtu ITG Platforms Inc.<br>One Liberty Plaza<br>165 Broadway<br>New York, NY 10006 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,285.48 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.101 | **Nonpriority creditor's name and mailing address**<br>Virtu ITG Platforms Inc.<br>One Liberty Plaza<br>165 Broadway<br>New York, NY 10006 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $751.58 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |
| 3.102 | **Nonpriority creditor's name and mailing address**<br>XTRAC Solutions<br>245 Summer Street<br>Boston, MA 02210 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,200.00 |
| | Date(s) debt was incurred __<br>Last 4 digits of account number __ | **Basis for the claim:** __<br>Is the claim subject to offset?  ■ No   ☐ Yes | |

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | IFS Securities, Inc. | Case number (if known) | 20-65841-LRC |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Lisa Armoyan**<br>**c/o Thomas Law Group P.C.**<br>**2943 Jefferson Street**<br>**Carlsbad, CA 92008** | Line  **3.61**<br><br>☐  Not listed. Explain ____ | _ |

### Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.     $ | 0.00 |
| **5b. Total claims from Part 2** | 5b.  +  $ | 25,381,853.49 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c.     $ | 25,381,853.49 |