**IT IS ORDERED as set forth below:**

**Date: May 27, 2020**



_____
**Lisa Ritchey Craig
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| IN THE MATTER OF: | : | CASE NUMBER |
|---|---|---|
| | : | |
| IFS SECURITIES, INC., | : | 20-65841-LRC |
| | : | |
| | : | IN PROCEEDINGS UNDER |
| | : | CHAPTER 11 OF THE |
| DEBTOR. | : | BANKRUPTCY CODE |

### ORDER

On May 7, 2020, INTL FCStone Financial Inc. ("INTL") filed a Motion for Relief from the Automatic Stay (Doc. 26) (the "Motion") seeking relief from the automatic stay so it could file a Statement of Answer, including affirmative defenses and counterclaims, to a Statement of Claim filed by the Debtor in a pending arbitration styled as *IFS Securities, Inc. v. INTL FCStone Financial, Inc.,* FINRA Dispute Resolution Arbitration No. 20-00751 (Mar. 5. 2020) (the "Pending Arbitration"). A Joint Objection to the Motion was filed by Bryan Edwards and Craig Walker on May 15, 2020 (Doc. 45).

On May 21, 2020, the Court conducted a hearing on the Motion (the "Hearing"). Appearing at the Hearing was counsel for the Debtor, counsel for INTL, counsel for Bryan Edwards, Craig Walker, and the United States Trustee. Upon considering the Motion, the Joint Objection, and the arguments presented at the Hearing, the Court granted the Motion in part for the limited purpose of permitting INTL to file an answer to the Debtor's Statement of Claim filed in the Pending Arbitration, excluding any counterclaims INTL may have against the Debtor. Accordingly, for the reasons stated on the record at the Hearing,

IT IS HEREBY ORDERED that the Motion for Relief from the Automatic Stay (Doc. 26) (the "Motion") filed by INTL FCStone Financial Inc. ("INTL") is **GRANTED in part** and **DENIED in part**.

IT IS FURTHER ORDERED that the automatic stay of 11 U.S.C. § 362(a) is MODIFIED to permit INTL to file an answer to the Statement of Claim filed by the Debtor in the Pending Arbitration.

IT IS FURTHER ORDERED that INTL shall not assert any counterclaims against the Debtor in the Pending Arbitration without obtaining further relief from the automatic stay.

IT IS FURTHER ORDERED that any relief requested in the Motion that is not specifically granted herein is hereby DENIED.

**END OF DOCUMENT**

## Distribution List

**John D. Elrod**
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305

**Ryan D. Thompson**
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

**Lucas W. Andrews**
Georgia Bar No. 019533
999 Peachtree Street NE,
Suite 1130
Atlanta, Georgia 30309

**Randall Bryan Edwards**
3718 W. Beverly Drive
Dallas, TX 75209

**Craig Walker**
650 Glen Barrett Court
Marietta, GA 30066

**JP Morgan Chase**
383 Madison Ave
New York, NY 10179-0001

**Amherst Pierpont Securities LLC**
245 Park Avenue Fl 15
New York, NY 10167-2400

**Bank of America**
100 N. Tryon Street
Charlotte, NC 28202-4000

**Credit Suisse**
Eleven Madison Avenue
New York, NY 10010

**TD Securities Inc**
66 Wellington Street W
Toronto, Ontario, M5K 1A2
Canada

**Jonathan S. Adams**
OFFICE OF THE U.S. TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive
Atlanta, Georgia 30303

**Deutsche Bank Securities Inc**.
60 Wall Street Lbby1
New York, NY 10005-2880

**CITIgroup Inc.**
388 Greenwich Street
New York, NY 10013-2375

**Citadel Securities LLC**
131 S. Dearborn Street 32nd Floor
Chicago, IL 60603-5517

**Natwest Market Securities Inc**
600 Washington Blvd
Stamford, CT 06901

**UBS AG**
Bahnhofstrasse 45
Zurich, Zurich, 8001
Switzerland

**Goldman Sachs**
200 West Street
New York, NY 10282-2198

**HSBC**
8-14 Canada Square
London, E14 5HQ
United Kingdom

**FINRA**
1735 K Street, NW
Washington, DC 20006

S&P Global Market Intelligence
50 Water Street Fl 40
New York, NY 10041-000

**Terrana Group**
118 N. Clinton Street Suite 375
Chicago, IL 60661-2392

**Societe Generale**
29 Boulevard Haussmann
Paris, Ile-De-France, 75009
France

**Scotiabank**
44 King Street W Scotia Plaza
Toronto, Ontario, M5H 1H1
Canada

**Bloomberg L.P.**
731 Lexington Ave FL LL2
New York, NY 10022-1346

**Ohab & Co.**
100 E. Sybelia Avenue Suite 130
Maitland, FL 32751-4773