IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>                      Debtor. | Chapter 11<br><br>Case No. 20-65841 (LRC) |

**MOTION OF THE DEBTOR FOR ENTRY OF AN ORDER EXTENDING THE BAR
DATE FOR THE U.S. SECURITIES AND EXCHANGE COMMISSION**

The above-captioned debtor and debtor-in-possession (the "**Debtor**") hereby submits this motion (the "**Motion**") seeking entry of an order extending the bar date for the U.S. Securities and Exchange Commission (the "**SEC**") to file a proof of claim. In support of the Motion, the Debtor respectfully states as follows:

**Status of the Case**

1.      On April 24, 2020 (the "**Petition Date**"), the Debtor commenced this case (the "**Chapter 11 Case**") by filing a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code (the "**Bankruptcy Code**").

2.      The Debtor has continued in possession of its property and is operating and managing its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

3.      No creditors' committee has been appointed in this Chapter 11 Case.

**Jurisdiction, Venue and Statutory Predicates**

4.      The Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is core within the meaning of 28 U.S.C. § 157(b)(2).

**Background**

5. The Debtor was a successful broker-dealer, with thousands of customers, until the summer of 2019. At that time, a firm employee, Keith Wakefield, made a series of unauthorized trades which resulted in large trading losses to IFS. As a result, the Debtor no longer has any customers, and is in the process of liquidating its assets and pursuing causes of action for the benefit of its creditors. The Debtor has filed this Chapter 11 Case to effectuate an orderly liquidation.

6. A detailed factual background of the Debtor's business and operations, as well as the events precipitating the commencement of the Chapter 11 Case, is more fully set forth in the *Declaration of Marshall Glade in Support of the Debtor's Chapter 11 Petition and Requests for First Day Relief* (the "**First Day Declaration**"), filed contemporaneously herewith and incorporated herein by reference.

7. On April 27, 2020, the Debtor filed an *Emergency Motion for Entry of an Order Establishing a Deadline for Filing Proofs of Claim and Approving the Form and Manner of Notice Thereof* [Docket No. 8] (the "**Bar Date Motion**"). On May 1, 2020, the Court granted the Original Deadline Motion and issued its *Order and Notice of Deadline Requiring Filing Proofs of Claim on or Before June 30, 2020* [Docket. No. 21] (the "**Original Bar Date Order**"), which set the bar date for June 30, 2020 (the "**Original Bar Date**").

**Request for Relief**

8. The Debtor hereby seeks an extension of the deadline for the SEC to file a proof of claim through and including August 31, 2020.

9. The Debtor reserves all rights with respect to any claim asserted by the SEC, including to object to the allowance of such a claim.

## Consent to Jurisdiction

10. The Debtor consents to the entry of a final judgment or order with respect to this Motion if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

## No Prior Request

11. No prior request for the relief sought in this Motion has been made to this or any other court.

## Conclusion

WHEREFORE, the Debtor respectfully requests that this Court enter an order substantially in the form attached hereto as **Exhibit A** granting the relief requested herein and granting such other and further relief as is just and proper.

Dated: June 23, 2020                    GREENBERG TRAURIG, LLP

*/s/ John D. Elrod*
John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com

*Counsel for the Debtor and*
*Debtor-in-Possession*

## Exhibit A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>      Debtor. | Chapter 11<br><br>Case No. 20-65841 (LRC) |

**ORDER EXTENDING BAR DATE TO FILE PROOF OF CLAIM FOR THE U.S.
SECURITIES AND EXCHANGE COMMISSION**

Upon the motion ("**Motion**")[1] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") (a) for the entry of an order extending the bar date to file proofs of claim for the United States Securities and Exchange Commission (the "**SEC**") and (b) granting related relief; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor;

  **IT IS HEREBY ORDERED THAT:**

  1.  The Motion is **GRANTED** as set forth herein.

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

2. The Original Bar Date is extended solely for the SEC through and including August 31, 2020.

3. This Court shall maintain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

[END OF ORDER]

Prepared and presented by:

GREENBERG TRAURIG, LLP

*/s/ John D. Elrod*
John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com
*Counsel for the Debtor and*
*Debtor-in-Possession*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a true and correct copy of the foregoing to be served on all parties receiving notices of electronic filing in these cases.

Dated this 23rd day of June, 2020.

/s/ John D. Elrod
John D. Elrod

3