**IT IS ORDERED as set forth below:**

Date: July 1, 2020

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br><br>　　　　　　　Debtor. | Chapter 11<br><br>Case No. 20-65841 (LRC) |

### ORDER EXTENDING BAR DATE TO FILE PROOF OF CLAIM FOR THE U.S. SECURITIES AND EXCHANGE COMMISSION

Upon the motion ("**Motion**")[1] filed by the above-captioned debtor and debtor-in-possession (the "**Debtor**") (a) for the entry of an order extending the bar date to file proofs of claim for the United States Securities and Exchange Commission (the "**SEC**") and (b) granting related relief; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and it appearing that the venue of this chapter 11 case and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and after due deliberation and sufficient cause appearing therefor;

---

[1] Capitalized terms used but not otherwise defined herein shall have the same meanings as ascribed to them in the Motion.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Original Bar Date is extended solely for the SEC through and including August 31, 2020.

3. This Court shall maintain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

[END OF ORDER]

Prepared and presented by:

GREENBERG TRAURIG, LLP

*/s/ John D. Elrod*
John D. Elrod
3333 Piedmont Road, NE, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553-2259
Facsimile: (678) 553-2269
Email: elrodj@gtlaw.com
*Counsel for the Debtor and*
*Debtor-in-Possession*

## **DISTRIBUTION LIST**

John D. Elrod
GREENBERG TRAURIG, LLP
3333 Piedmont Road, NE
Suite 2500
Atlanta, Georgia 30305

Ryan D. Thompson
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

Craig Walker
650 GlenBarrett Ct. NE
Marietta, GA 30066

John A. Thompson, Jr.
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, GA 30326

Leah Fiorenza McNeill
BRYAN CAVE LEIGHTON PAISNER LLP
1201 West Peachtree Street
14th Floor
Atlanta, GA 30309

Jonathan S. Adams
OFFICE OF THE U.S. TRUSTEE
362 Richard Russell Building
75 Ted Turner Drive
Atlanta, Georgia 30303

Lucas Andrews
WATSON SPENCE LLP
999 Peachtree Street, NE, Suite 1130
Atlanta, GA 30309

TN Dept of Revenue
c/o TN Attorney General's Office,
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202

Robert J. Miller
Khaled Tarazi
BRYAN CAVE LEIGHTON PAISNER LLP
Two North Central Avenue, Suite 2100
Phoenix, AZ 85004