**IT IS ORDERED as set forth below:**

Date: July 22, 2020

_____
Lisa Ritchey Craig
U.S. Bankruptcy Court Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re:<br><br>IFS Securities, Inc.,<br>                      Debtor. | Chapter 11<br><br>Case No. 20-65841-LRC |

**ORDER GRANTING DEBTOR'S MOTION TO APPROVE COMPROMISE AND
SETTLEMENT OF CLAIMS AGAINST IFS GROUP, INC., IFS
ADVISORY, LLC, AND ALEXYS MCKENZIE**

This matter is before the Court on the *Debtor's Motion to Approve Compromise and Settlement of Claims Against IFS Group, Inc., IFS Advisory, LLC, and Alexys Mckenzie* [Docket No. 69] (the "Motion"). Capitalized terms used but not defined in this Order shall have the meanings given to them in the Motion.

The Court has considered the Motion, the objections filed by INTL FCStone International, Inc. and the Office of the United States Trustee, and the matters reflected in the record of the hearing held on the Motion on July 16, 2020 (the "Hearing"). It appears that the Court has jurisdiction over this proceeding; that proper notice of the Motion has been given; that this is a core proceeding; that the relief sought in the Motion is in the best interests of the Debtor's estate and its creditors; and that good and sufficient cause exists for such relief.

ACTIVE 50887738v1

Accordingly, it is hereby ORDERED as follows:

1. The Motion, as modified on the record at the Hearing, is GRANTED and the Settlement Agreements filed at Docket No. 112 are approved.

2. The Debtor is authorized to take any and all actions as may be reasonably necessary and appropriate to consummate the settlements described in the Motion, as modified.

3. The Debtor shall incorporate the settlements approved by this Order into any proposed order confirming its Combined Disclosure Statement and Plan of Liquidation [Docket No. 73] (the "Plan").

4. INTL FCStone International, Inc. ("INTL") shall be deemed to have voted in favor of confirmation of the Plan, and shall not be entitled to object to the Plan.

5. The Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

END OF DOCUMENT

Prepared and presented by:

GREENBERG TRAURIG, LLP

/s/ John D. Elrod
John D. Elrod
Georgia Bar No. 246604
3333 Piedmont Road, Suite 2500
Atlanta, Georgia  30305
Telephone:    678.553.2259

Consented to by:

 /s/ Ryan D. Thompson
Ryan D. Thompson
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203

ACTIVE 50887738v1

## **DISTRIBUTION LIST**

| | |
|---|---|
| John D. Elrod | Jonathan S. Adams |
| Greenberg Traurig, LLP | Office of the U.S. Trustee |
| 3333 Piedmont Road, NE | 362 Richard Russell Building |
| Suite 2500 | 75 Ted Turner Drive |
| Atlanta, Georgia 30305 | Atlanta, Georgia 30303 |
| | |
| Ryan D. Thompson | Khaled Tarazi |
| Maynard, Cooper & Gale, P.C. | Bryan Cave Leighton Paisner LLP |
| 1901 Sixth Avenue North | Two North Central Avenue, Suite 2100, |
| 2400 Regions/Harbert Plaza | Phoenix, AZ 85004-4406 |
| Birmingham, Alabama 35203 | |

*ACTIVE 50887738v1*