**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**Rome DIVISION**

| | | |
|---|---|---|
| IN RE: IFS Securities, Inc. | ) | CASE NUMBER: 20-65841-lrc |
| | ) | |
| DEBTOR. | ) | |
| | ) | JUDGE LISA RITCHEY CRAIG |
| | ) | |
| | ) | |
| | ) | CHAPTER 11 |

---

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT (BUSINESS)**
**FOR THE PERIOD FROM**
**July 1, 2020          TO          July 31, 2020**

COMES NOW the above-named Debtor and files its Periodic Financial Report in accordance with
the Guidelines established by the United States Trustee and FRBP 2015.

This 20th day of July, 2020                     **CRO**

DEBTOR'S ADDRESS
AND PHONE NUMBER:
3424 Peachtree Road
Suite 2200
Atlanta, GA 30326
(470) 346-6842

ATTORNEY, ADDRESS
AND PHONE NUMBER:
John D. Elrod
Greenberg Traurig, LLP
3333 Piedmont Road, NE, Suite 2500
1201 WEST PEACHTREE STREET NW
ATLANTA, GA 30305
(678) 553-2259

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided
to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing this Monthly Operating Report, refer to the following resources on the United
States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm
1)    Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2)    Initial Filing Requirements
3)    Frequently Asked Questions (FAQs) http://www.usdoj.gov/ust/

SCHEDULE OF RECEIPTS AND DISBURSEMENTS

FOR THE PERIOD BEGINNING:          7/1/2020
AND ENDING:                        7/31/2020

IN RE: IFS Securities, Inc.

CASE NUMBER: 20-65841-lrc

| | | CURRENT PERIOD | | CUMULATIVE PETITION TO DATE |
|---|---|---|---|---|
| 1.  FUNDS AT BEGINNING OF PERIOD | a $ | 342,103 | b  $ | 305,807 |
| 2. RECEIPTS: | | | | |
| A.  Cash Sales | | - | | - |
| Minus: Cash Refunds | | - | | - |
| Net Cash Sales | | - | | - |
| B.  Accounts Receivable | | - | | - |
| C. Other Receipts (see MOR-3) | | 10,344.44 | | 50,070 |
| (If you receive rental income, | | | | |
| you must attach rent roll) | | | | |
| 3. TOTAL RECEIPTS | $ | 10,344 | $ | 50,070 |
| **4. TOTAL FUNDS AVAILABLE FOR** | | | | |
| **OPERATIONS (Lines 1 + Lines 3)** | $ | 352,448 | $ | 355,876 |
| **5. DISBURSEMENTS:** | | | | |
| A. Advertising | $ | - | $ | - |
| B. Bank Charges | | - | | - |
| C. Contract Labor | | 350 | | 1,050 |
| D. Fixed Asset Payments | | - | | - |
| E. Insurance | | - | | - |
| F. Inventory Payments (See Attach. 3) | | - | | - |
| G. Leases | | - | | - |
| H. Manufacturing Supplies | | - | | - |
| I. Office Supplies | | - | | 755 |
| J. Payroll - Net (See Attachment 4B) | | - | | - |
| K. Professional Fees (Accounting & Legal) | | - | | - |
| L. Rent | | 736 | | 2,208 |
| M. Repairs & Maintenance | | - | | - |
| N. Secured Creditor Payments (See Attach. 2) | | - | | - |
| O. Taxes Paid - Payroll (See Attachment 5C) | | - | | - |
| P. Taxes Paid - Sales & Use (See Attachment 5C) | | - | | - |
| Q. Taxes Paid - Other (See Attachment 5C) | | - | | - |
| R. Telephone | | - | | - |
| S. Travel & Entertainment | | - | | - |
| Y. U.S. Trustee Quarterly Fee | | - | | - |
| U. Utilities | | - | | - |
| V. Vehicle Expense | | - | | - |
| W. Other Operating Expenses (See MOR-3) | | 251 | | 752 |
| **6. TOTAL CASH DISBURSEMENTS (Sum of 5A thru W)** | $ | 1,337 | $ | 4,765 |
| **7. ENDING CASH BALANCE (Line 4 minus Line 6)** | $ | 351,111 | $ | 351,111 |

**I declare under penalty of perjury that this statement and the accompanying documents and reports true and correct to the best of my knowledge and belief**

This 20th day of July, 2020

_____
(Signature)

(a) This number is carried forward from last month's report. For the First report only, this number will be the balance as of the petition date.
(b) This figure will not change from month to month.  It is always the amount of funds on hand as of the date of the petition.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS (cont'd)**

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**

Describe Each Item of Other Receipt and List Amount of Receipt. Write Total on Page MOR-2, Line 2C.

| Description | Current Month | | Cumulative | |
|---|---|---|---|---|
| Miscellaneous Receipts/Commission | $ | 10,344 | $ | 50,070 |
| | | - | | - |
| | | - | | - |
| | | | | |
| | | | | |
| | | | | |
| TOTAL OTHER RECEIPTS | $ | 10,344 | $ | 50,070 |

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement.
Write totals on Page MOR-2, Line 5W.

| Description | Current Month | | Cumulative Petition to Date | |
|---|---|---|---|---|
| Other Operating Expenses | $ | 251 | $ | 752 |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| | | - | | - |
| TOTAL OTHER DISBURSEMENTS | $ | 251 | $ | 752 |

**<u>ATTACHMENT 1</u>**

**<u>MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING</u>**

Name of Debtor: <u>IFS Securuties, Inc</u>                    CASE NUMBER: 20-65841-lrc

Reporting Period beginning:        7/1/2020        Period ending:        7/31/2020

ACCOUNTS RECEIVABLE AT PETITION DATE:                                $0

**ACCOUNTS RECEIVABLE RECONCILIATION**
(Include <u>all</u> accounts receivable, pre-petition and post-petition, including charge card sales
which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $         - | ( a ) |
| PLUS:  Current Month New Billings | - | |
| MINUS: Collection During the Month | - | ( b ) |
| PLUS/MINUS: Adjustments or Write-offs | - | * |
| | $         - | ( c ) |

\* For any adjustments or Write-offs provide explanation & supporting documentation, if applicable:
[1] _____

[2] _____

**POST PETITION ACCOUNTS RECEIVABLE AGING**
(Show the total for each aging category for all accounts receivable)

| 0 - 60 Days | 61 - 90 Days | Over 90 Days | Total | |
|---|---|---|---|---|
| $0 | $0 | $0 | $0 | (c) |

\* For any receivables in the "Over 90 days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectability, write-off, disputed amount, etc.) |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

(a) this number is carried forward form the last month's report.  For the first report only, this number will be the balance as of the petition date.
(b) This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c) These two amounts must equal.

**ATTACHMENT 2**

**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: IFS Securuties, Inc                    CASE NUMBER: 20-65841-lrc

Reporting Period beginning:                 7/1/2020    Period ending:                 7/31/2020

In the space below, list all invoices or bills incurred and not paid <u>since the filing of the petition</u>. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| DATE INCURRED | DAYS OUTSTANDING | VENDOR | DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| NONE | | | | $0.00 |
| | | | | |
| TOTAL AMOUNT | | | | $          -    (b) |

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $          - | ( a ) |
| PLUS: New Indebtedness Incurred This Month:  * | - | |
| MINUS: Amount Paid on Post Petition, | - | |
| Accounts Payable This Month | - | |
| PLUS/MINUS: Adjustments | $          - | |
| Accounts Payable Balance at End of Period: | $          - | ( c ) |

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquent |
|---|---|---|---|---|
| NONE | | | | |
| TOTAL | | $0.00  ( d ) | | |

( a ) This number is carried forward from last month's report. For the first report only, this number will be zero.
( b, c) The total of line (b) must equal line ( c ).
( d ) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

**ATTACHMENT 3**

**INVENTORY AND FIXED ASSETS REPORT**

Name of Debtor: IFS Securuties, Inc                                    CASE NUMBER: 20-65841-lrc

Reporting Period beginning:            7/1/2020            Period ending:                7/31/2020

**INVENTORY REPORT**

| | | |
|---|---|---|
| INVENTORY BALANCE AT PETITION DATE: | $ | - |
| INVENTORY RECONCILIATION: | | |
| Inventory Balance at Beginning of Month | $ | - (a) |
| PLUS: Inventory Purchased During Month | $ | - |
| MINUS: Inventory Used or Sold | $ | - |
| PLUS/MINUS: Adjustments or Write-downs | $ | - * |
| Inventory on Hand at End of Period | $ | - |

METHOD OF COSTING INVENTORY

* For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

**INVENTORY AGING**

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | Total Inventory |
|---|---|---|---|---|
| % | % | % | % = | %* |

* Aging Percentages must equal 100%.
    Check here if inventory contains pershable items.

**Description of Obsolete Inventory:**

**FIXED ASSET REPORT**

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE:                                    $5,000      (b)
(Includes Property, Plant, and Equipment)

BRIEF DESCRIPTION (First Report Only):   Office Furniture

FIXED ASSETS RECONCILIATION:

| | | |
|---|---|---|
| Fixed Asset Book Value at Beginning of Month: | $ | 5,000 (a)(b) |
| MINUS:Depreciation Expense | | - |
| PLUS: New Purchases | | - |
| PLUS/MINUS: Adjustments or Write-downs | | - * |
| Ending Monthly Balance | $ | 5,000 |

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE
REPORTING PERIOD:            None

(a)This number is carried forward from last month's report. For the first report only, this number will be
balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions.
Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

MOR-6a

### ATTACHMENT 4A

### MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: IFS Securuties, Inc                          CASE NUMBER: 20-65841-lrc

Reporting Period beginning:        7/1/2020          Period ending:        7/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program as necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: RENASANT BANK                          BRANCH: _____

ACCOUNT NAME: IFS Securities, Inc                    ACCOUNT NUMBER: 3640

PURPOSE OF ACCOUNT: Expense _____

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | 7/31/2020 | $ | 276,111 |
| Plus Total Amount of Outstanding Deposits | | | - |
| Minus Total Amount of Outstanding Checks and other debits | | | - * |
| Minus Service Charges | | | - |
| Ending Balance per Check Register | | $ | 276,111 **(a) |

**\*Debit cards are used by**        _____

**\*\* If Closing Balance is negative, provide explanation:** _____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D:** (   Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

### TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

| | | |
|---|---|---|
| $ | - | Transferred to Payroll Account |
| | - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported
   as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4B**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: IFS Securuties, Inc                     CASE NUMBER: 20-65841-lrc

Reporting Period beginning: 7/1/2020                                    Period ending:            7/31/2020

NAME OF BANK: RENASANT BANK                          BRANCH:

ACCOUNT NAME:          IFS Securities, Inc.

ACCOUNT NUMBER:        3640

PURPOSE OF ACCOUNT: EXPENSE

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 7/8/2020 | ACH | 1585 Extra Space PAYMENT 200708 | Rent | $        313 |
| 7/8/2020 | ACH | 1585 Extra Space PAYMENT 200708 | Rent | 423 |
| 7/13/2020 | ACH | CORTNEY GWINN XXXX4336 | Contract Labor | 350 |
| 7/15/2020 | ACH | Direct Capital EDI PYMNTS 200715 | Other Operating Expenses | 251 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $      1,337 |

**STANDARD BANK RECONCILIATION**

Month  __July__                          Year  __2020__

NAME OF BANK: RENASANT BANK
ACCOUNT NAME: IFS Securities, Inc                    ACCOUNT NUMBER: 3640

| | | |
|---|---|---:|
| Beginning bank balance  $ | $ | 267,103 |
| Add (+) | | |
|   Cleared Deposits | | 10,344 |
|   Inter-Debtor Transfers | | - |
| **Total Cleared Credits** | $ | **10,344** |
| | | |
| Subtract (-) | | |
|   Cleared Checks & Other Items | | (1,337) |
|   Inter-Debtor Transfers | | - |
| **Total Cleared Debits** | | **(1,337)** |
| | | |
| **Bank Balance shown on Bank Statement** | $ | **276,111** |
| | | |
| Add (+) | | |
|   Deposits in Transit | | - |
| | | |
| **Total Deposits in Transit** | $ | **-** |
| | | |
| Subtract (-) | | |
|   Outstanding Checks & Other Items | | - |
| | | |
| **Total Outstanding Check & Other Items** | $ | **-** |
| | | |
| **Register Balance** | $ | **276,111** |

```
RENASANT BANK                                       STATEMENT OF ACCOUNT
P O BOX 1110                            JUNE 30, 2020: LAST STATEMENT
LAWRENCEVILLE GA 30046                  JULY 31, 2020: THIS STATEMENT
                                              PAGE 1 OF 3      ████████3640


                                        DIRECT INQUIRIES TO:
                                        877 367-5371

         IFS SECURITIES INC            RENASANT BANK
         EXPENSE ACCOUNT               P O BOX 1110
         3414 PEACHTREE RD NE SUITE 1020   LAWRENCEVILLE GA 30046
         ATLANTA GA 30326-1184

                                                                    4
```

```
*******************   BUSINESS ANALYSIS CHECKING - SUMMARY   *******************

ACCOUNT NUMBER              ████████3640   PREVIOUS BALANCE  +        $267,103.34
AVG COLLECTED BALANCE        272,473.00    ADDITIONS         +         10,344.44
INTEREST EARNED YEAR TO DATE       0.00    SUBTRACTIONS      -          1,336.65
                                           INTEREST EARNED   +              0.00
                                           ENDING BALANCE            $276,111.13
```

```
****************************** OTHER DEBITS ******************************

DATE    DESCRIPTION                                         SUBTRACTIONS
......   ..................                                 ............
07-08   #WITHDRAWAL                                            -313.00
        1585 Extra Space PAYMENT
        200708
07-08   #WITHDRAWAL                                            -423.00
        1585 Extra Space PAYMENT
        200708
07-13   #                                                     -350.00
        POS PURCHASE TERMINAL 001
        IN CORTNEY GWINN MOUNTAIN CA
        XXXXXXXXXXXX4336 SEQ # 019511741101
07-15   #WITHDRAWAL                                           -250.65
        Direct Capital EDI PYMNTS
        200715 097-0081260-000
```

```
****************************** CREDITS ******************************

DATE    DESCRIPTION                                           ADDITIONS
......   ..................                                   ............
07-02   #DIRECT DEPOSIT                                           61.79
        Security Benefit ACH
        200702
07-02   #DIRECT DEPOSIT                                           53.89
        Security Benefit ACH
        200702
07-02   #DIRECT DEPOSIT                                            0.62
        INDIVIDUAL COM PAYMENTS
        200702
07-03   #DIRECT DEPOSIT                                           39.45
        NY ADV ACH DEPOSIT
        200703
07-03   EXPRESS P.M. DEPOSIT                                      21.13
07-03   #DIRECT DEPOSIT                                            6.57
        Ameritas Life In XF01ACH
        200703 XF010000081831
07-07   #DIRECT DEPOSIT                                           17.77
        Security Benefit ACH
        200707
07-08   #DIRECT DEPOSIT                                        3,454.46
        JACKSON NATIONAL SYSGEN 310
        200708
```

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| DATE | NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL | $ ============ |

BANK BALANCE SHOWN ON THIS STATEMENT                                   $_____

PLUS – DEPOSITS NOT CREDITED ON THIS STATEMENT                         _____

                                                                       _____

                                                                       _____

                                                                       _____

                                                        TOTAL    $_____

LESS – TOTAL OF OUTSTANDING CHECKS (FROM ABOVE)                  $_____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER
YOU DEDUCT FROM THAT BALANCE SERVICE CHARGES
(IF ANY) SHOWN ON THIS STATEMENT                                $ ================

  Please examine this statement at once.  If incorrect, return statement and images of your checks to **OUR BANK**.  If no error is
Reported within 10 days, the account will be considered correct.
  **IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**, telephone us or write us at our office
shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more
information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the **FIRST**
statement on which the error appeared.
  (1)  Tell us you name and account number (if any).
  (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error
or why you need more information.
  (3)  Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly.  If we take more than **10** business days to do this, we will
recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to
complete our investigation.

RENASANT BANK

IFS SECURITIES INC
JULY 31, 2020
PAGE 2 OF 3
███████3640



************************************ CREDITS ************************************

| DATE | DESCRIPTION | ADDITIONS |
|------|-------------|----------:|
| 07-08 | #DIRECT DEPOSIT<br>JOHN HANCOCK USA AGENCYIND<br>200708 | 408.01 |
| 07-08 | #DIRECT DEPOSIT<br>JACKSON NATIONAL SYSGEN 340<br>200708 | 20.02 |
| 07-08 | EXPRESS A.M. DEPOSIT | 8.46 |
| 07-10 | #DIRECT DEPOSIT<br>PRIN GROUP PEN PAYMENTS<br>200710 | 442.32 |
| 07-10 | #DIRECT DEPOSIT<br>Indiana Advisor DEPOSIT<br>200710 | 143.42 |
| 07-10 | #DIRECT DEPOSIT<br>NM ADV ACH DEPOSIT<br>200710 | 15.49 |
| 07-13 | #INCOMING WIRE<br>INCOMING WIRE GFX 20201950061300<br>ORG TRANSAMERICA LIFE INSURANCE COM<br>PANY OBI | 1,314.84 |
| 07-13 | #DIRECT DEPOSIT<br>Venerable Insura EDI PYMNTS<br>200713 | 116.56 |
| 07-13 | #DIRECT DEPOSIT<br>RI ADV ACH DEPOSIT<br>200713 | 20.86 |
| 07-14 | #DIRECT DEPOSIT<br>AMUNDI PIONEER TRAILERCOM<br>200714 00100780805128C | 58.52 |
| 07-14 | #DIRECT DEPOSIT<br>Security Benefit ACH<br>200714 | 22.26 |
| 07-15 | #DIRECT DEPOSIT<br>Pacific Financia ACH Paymen<br>200715 | 313.10 |
| 07-15 | #DIRECT DEPOSIT<br>JACKSON NATIONAL SYSGEN 310<br>200715 | 48.00 |
| 07-15 | #DIRECT DEPOSIT<br>Egis Capital Solicitors<br>200715 1 | 46.69 |
| 07-16 | #DIRECT DEPOSIT<br>Indiana Advisor DEPOSIT<br>200716 | 4.88 |
| 07-17 | EXPRESS A.M. DEPOSIT | 2,380.74 |
| 07-17 | #DIRECT DEPOSIT<br>OHIO NATIONAL 20200716<br>200716 | 15.00 |
| 07-21 | #DIRECT DEPOSIT<br>*LINCOLN NAT LIF EFTPYMNT<br>200721 | 22.43 |
| 07-21 | #DIRECT DEPOSIT<br>PACIFIC LIFE INS ACH<br>200721 | 21.00 |
| 07-22 | EXPRESS P.M. DEPOSIT | 894.34 |
| 07-23 | #DIRECT DEPOSIT<br>PRU SELECT PAYMT PAYROLL<br>200722 KBLX38MNT3 | 177.28 |
| 07-23 | #DIRECT DEPOSIT<br>Indiana Advisor DEPOSIT<br>200723 | 17.50 |
| 07-30 | #DIRECT DEPOSIT<br>RAYMOND JAMES EFT PAYMNT<br>200730 | 177.04 |

RENASANT BANK

IFS SECURITIES INC
JULY 31, 2020
PAGE 3 OF 3
█████3640



| | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|---|---|---|
| TOTAL OVERDRAFT FEES | $0.00 | $0.00 |
| TOTAL RETURNED ITEM FEES | $0.00 | $0.00 |

**Account** **Renasant Bank - Image Statement** **Date 7/31/2020**
**3640** **PAGE 4 OF 4**

| IFS Securities, Inc | | RENASANT Bank |
| 3414 PEACHTREE RD NE | | |
| Atlanta | | Virtual Deposit |
| GA | | |
| | | |
| Date | 2020/07/03 15:18:31 | |
| Account # | IFS SEC 3640 | $21.13 |
| Sequence | 2227261740194111 | |
| Serial | | |

Check 99999999999, Amount $21.13 Date 7/3

| IFS Securities, Inc | | RENASANT Bank |
| 3414 PEACHTREE RD NE | | |
| Atlanta | | Virtual Deposit |
| GA | | |
| | | |
| Date | 2020/07/08 09:34:51 | |
| Account # | IFS SEC 3640 | $8.46 |
| Sequence | 7728992401949* | |
| Serial | | |

Check 99999999999, Amount $8.46 Date 7/8

| IFS Securities, Inc | | RENASANT Bank |
| 3414 PEACHTREE RD NE | | |
| Atlanta | | Virtual Deposit |
| GA | | |
| | | |
| Date | 2020/07/17 09:58:06 | |
| Account # | IFS SEC 3640 | $2,380.74 |
| Sequence | 3750025640196091 | |
| Serial | | |

Check 99999999999, Amount $2,380.74 Date 7/17

| IFS Securities, Inc | | RENASANT Bank |
| 3414 PEACHTREE RD NE | | |
| Atlanta | | Virtual Deposit |
| GA | | |
| | | |
| Date | 2020/07/22 11:32:41 | |
| Account # | IFS SEC 3640 | $894.34 |
| Sequence | 4244540401909l | |
| Serial | | |

Check 99999999999, Amount $894.34 Date 7/22

## <u>ATTACHMENT 4A</u>

## <u>MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT</u>

Name of Debtor: IFS Securities, Inc                    CASE NUMBER: 20-65841-lrc

Reporting Period beginning:        7/1/2020              Period ending:        7/31/2020

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.  If bank accounts other than the three required by the United States Trustee Program as necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: RENASANT BANK                    BRANCH: _____

ACCOUNT NAME: IFS Securities, Inc                ACCOUNT NUMBER: 3631

PURPOSE OF ACCOUNT: Payroll

| | | | |
|---|---|---|---|
| Ending Balance per Bank Statement | 7/31/2020 | $ | 75,000 |
| Plus Total Amount of Outstanding Deposits | | | - |
| Minus Total Amount of Outstanding Checks and other debits | | | - * |
| Minus Service Charges | | | - |
| Ending Balance per Check Register | | $ | 75,000 **(a) |

**\*Debit cards are used by**        _____

**\*\* If Closing Balance is negative, provide explanation:** _____

**The following disbursements were paid in Cash (do not include items reported as Petty Cash on Attachment 4D: (   Check here if cash disbursements were authorized by United States Trustee)**

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| None | | | | |
| | | | | |
| | | | | |

## TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS

"Total Amount of Outstanding Checks and other debits", listed above, includes:

|   |   |
|---|---|
| - | Transferred to Payroll Account |
| - | Transferred to Tax Account |

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported
    as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 4B**

**CHECK REGISTER - OPERATING ACCOUNT**

Name of Debtor: IFS Securities, Inc                      CASE NUMBER: 20-65841-lrc                    _____

Reporting Period beginning: 7/1/2020                                      Period ending:                    7/31/2020

NAME OF BANK: RENASANT BANK                           BRANCH:                                       _____

ACCOUNT NAME:          IFS Securities, Inc. _____

ACCOUNT NUMBER:       3631 _____

PURPOSE OF ACCOUNT:  PAYROLL _____

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| Date | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | - |

MOR-7b

**STANDARD BANK RECONCILIATION**

| Month | July | | Year | 2020 |
|---|---|---|---|---|

NAME OF BANK: RENASANT BANK
ACCOUNT NAME: IFS Securities, Inc                    ACCOUNT NUMBER: 3631

| | | |
|---|---|---:|
| Beginning bank balance  $ | $ | 75,000.00 |
| Add (+) | | |
|   Cleared Deposits | | - |
|   Inter-Debtor Transfers | | - |
| **Total Cleared Credits** | $ | - |
| | | |
| Subtract (-) | | |
|   Cleared Checks & Other Items | | - |
|   Inter-Debtor Transfers | | - |
| **Total Cleared Debits** | | - |
| | | |
| **Bank Balance shown on Bank Statement** | $ | 75,000 |
| | | |
| Add (+) | | |
|   Deposits in Transit | $ | - |
| | | |
| **Total Deposits in Transit** | $ | - |
| | | |
| Subtract (-) | | |
|   Outstanding Checks & Other Items | | - |
| | | |
| **Total Outstanding Check & Other Items** | $ | - |
| | | |
| **Register Balance** | $ | 75,000 |

MOR-7d

```
RENASANT BANK                              STATEMENT OF ACCOUNT
P O BOX 1110                    JUNE 30, 2020: LAST STATEMENT
LAWRENCEVILLE GA 30046          JULY 31, 2020: THIS STATEMENT
                                      PAGE 1 OF 1      ████3631


                                DIRECT INQUIRIES TO:
                                877 367-5371

         IFS SECURITIES INC      RENASANT BANK
         PAYROLL ACCOUNT         P O BOX 1110
         3414 PEACHTREE RD NE SUITE 1020    LAWRENCEVILLE GA 30046
         ATLANTA GA 30326-1184

                                                                    0
```

```
******************   BUSINESS ANALYSIS CHECKING - SUMMARY   ******************

ACCOUNT NUMBER              ████3631   PREVIOUS BALANCE  +        $75,000.00
AVG COLLECTED BALANCE       75,000.00  ADDITIONS         +              0.00
INTEREST EARNED YEAR TO DATE     0.00  SUBTRACTIONS      -              0.00
                                       INTEREST EARNED   +              0.00
                                       ENDING BALANCE             $75,000.00
```

|                             | TOTAL FOR THIS PERIOD | TOTAL YEAR-TO-DATE |
|-----------------------------|-----------------------|--------------------|
| TOTAL OVERDRAFT FEES        | $0.00                 | $0.00              |
| TOTAL RETURNED ITEM FEES    | $0.00                 | $0.00              |

THIS FORM IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT

| DATE | NUMBER | PAYEE | AMOUNT |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL | $ ============ |

BANK BALANCE SHOWN ON THIS STATEMENT                                    $_____

PLUS – DEPOSITS NOT CREDITED ON THIS STATEMENT                        _____

                                                                                                    _____

                                                                                                    _____

                                                                                                    _____

                                                            TOTAL        $_____

LESS – TOTAL OF OUTSTANDING CHECKS (FROM ABOVE)                    $_____

SHOULD AGREE WITH YOUR CHECK BOOK BALANCE AFTER
YOU DEDUCT FROM THAT BALANCE SERVICE CHARGES
(IF ANY) SHOWN ON THIS STATEMENT                                            $ ================

  Please examine this statement at once.  If incorrect, return statement and images of your checks to **OUR BANK**.  If no error is
Reported within 10 days, the account will be considered correct.
  **IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS**, telephone us or write us at our office
shown on the front of this statement as soon as you can, if you think your statement or receipt is wrong or if you need more
information about a transfer on the statement or receipt.  We must hear from you no later than 60 days after we sent you the **FIRST**
statement on which the error appeared.
  (1)  Tell us you name and account number (if any).
  (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error
or why you need more information.
  (3)  Tell us the dollar amount of the suspected error.
  We will investigate your complaint and will correct any error promptly.  If we take more than **10** business days to do this, we will
recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to
complete our investigation.

**ATTACHMENT 5**

**INVESTMENT ACCOUNTS AND PETTY CASH REPORT**

**INVESTMENT ACCOUNTS**

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable
NONE

| Instrument | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

TOTAL                                                                            $0.00 **(a)**

**PETTY CASH REPORT**

The following Petty Cash Drawers/Accounts are maintained:

| | Column 2 | Column 3 | | Column 4 |
|---|---|---|---|---|
| Location of Box/Acct | Maximum Amount of Cash in Drawer/Account | Amount of Petty Cash on Hand At End of Month | | Difference Between Column 2 and Column 3 |
| NONE | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Total:                              $                    -      (b)

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts provide and explanation**

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH (a + b)**          $                    -    **(c )**

(c )The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

## <u>ATTACHMENT 6</u>

### <u>MONTHLY TAX REPORT</u>

Name of Debtor: IFS Securuties, Inc                                    CASE NUMBER: 20-65841-lrc

Reporting Period beginning:            7/1/2020            Period ending:     7/31/2020

### TAXES OWED AND DUE

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| NONE | | | | | |

TOTAL                                         $          -

<u>**ATTACHMENT 7**</u>

<u>**SUMMARY OF OFFICER OR OWNER COMPENSATION**</u>

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGE**

Name of Debtor: IFS Securuties, Inc                     CASE NUMBER: 20-65841-lrc


Reporting Period beginning:      7/1/2020          Period ending:      7/31/2020


Report all forms of compensation received by or paid on behalf of the Officer or Owner during the
month. Include car allowances, payments to retirement plans, loan repayments, payments of
Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement
for business expenses Office or Owner incurred and for which detailed receipts are maintained in
the accounting records.


| <u>Name of Officer or Owner</u> | <u>Title</u> | <u>Payment Description</u> | <u>Amount Paid</u> |
|---|---|---|---|
| NONE | | | |


<u>**PERSONNEL REPORT**</u>

| | Full Time | Part Time |
|---|---|---|
| Number of Employees at  beginning of period | 0 | 0 |
| Number of Employees hired during the period | 0 | 0 |
| Number of Employees terminated during the period | 0 | 0 |
| Number of Employees at end of period | 0 | 0 |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in affect, including but not limited to worker's compensation, liability, fire,
theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet
for each type of insurance. For subsequent report, attach a certificate of insurance for any policy in
which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).


| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|
| NONE | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |


**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|
| None | | | |
| None | | | |

MOR-13

## <u>ATTACHMENT 8</u>

### SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate *(attach closing statement)* ; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

_____

**We anticipate filing a Plan of Reorganization and Disclosure Statement on or before** _____