**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | **IFS SECURITIES, INC** } | **CASE NUMBER:** | **20-65841-LRC** |
| | } | | |
| | } | | |
| | } | **JUDGE: LISA RITCHEY CRAIG** | |
| | } | | |
| | **DEBTOR.** } | **CHAPTER 11** | |

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**
FROM   October 9, 2020   TO   December 31, 2020

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:   2/24/2021

Greenberg Traurig LLP
Attorney for Debtor

Debtor's Address
and Phone Number:
3445 Peachtree Rd. Suit
Atlanta, GA 30326
Tel. 470-346-6842

Attorney's Address
and Phone Number:
Greenberg Traurig, LLP
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305
Tel. 678-553-2212

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:   http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**                                                                                                  **ATTACHMENT NO. 1**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.*

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. | Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.*

| CONFIRMATION OF INSURANCE | | |
|---|---|---|
| TYPE of POLICY   and   CARRIER | Period of Coverage | Payment Amount and Frequency | Delinquency Amount |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**




**Estimated Date of Filing the Application for Final Decree:** _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 23rd day of Feburary 2021                              _____  
                                                                                                  Debtor's Signature

## **Questionnaire**

    4 Is the Debtor current on all post-confirmation plan payments?
        Yes. The Debtor is current on all post-confirmation plan payments.

## **Insurance Information**

    1 Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect?
        No. There are no properties, vehicles/autos, employees, or other where insurance coverage is needed.
    2 Are all premium payments current?
        No, There are no premium payments due.

**MONTHLY OPERATING REPORT -**  **ATTACHMENT NO. 2**
**POST CONFIRMATION**

# CHAPTER 11 POST-CONFIRMATION
# SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| Case Name: | IFS SECURITIES, INC |
|---|---|
| Case Number: | 20-65841-LRC |
| Date of Plan Confirmation: | October 9, 2020 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | | $ 362,102.45 | $ 362,102.45 |
| 2. | **INCOME or RECEIPTS during the Period** | | | $ 369,999.99 | $ 369,999.99 |
| 3. | **DISBURSEMENTS** | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | |
| | | (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 0.00 |
| | | (ii) | Federal Taxes | 0.00 | 0.00 |
| | | (iii) | State Taxes | 0.00 | 0.00 |
| | | (iv) | Other Taxes | 0.00 | 0.00 |
| | b. | **All Other Operating Expenses:** | | $ 3,838.25 | $ 3,838.25 |
| | c. | **Plan Payments:** | | | |
| | | (i) | Administrative Claims | $ 508,826.96 | $ 508,826.96 |
| | | (ii) | Class One | 0.00 | 0.00 |
| | | (iii) | Class Two | 0.00 | 0.00 |
| | | (iv) | Class Three | 0.00 | 0.00 |
| | | (v) | Class Four | 0.00 | 0.00 |
| | | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | | $ 512,665.21 | $ 512,665.21 |
| 1. | **CASH (End of Period)** | | | $ 219,437.23 | $ 219,437.23 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**    **ATTACHMENT NO. 3**

# CHAPTER 11 POST-CONFIRMATION
# BANK ACCOUNT RECONCILIATIONS
Prepare Reconcilation for each Month of the Quarter

| Bank | October | | November | | December | |
|---|---|---|---|---|---|---|
| | Account #1 | Account #2 | Account #1 | Account #2 | Account #1 | Account #2 |
| Name of Bank: | Renasant | Renasant | Renasant | Renasant | Renasant | Renasant |
| Account Number: | 3640 | 3631 | 3640 | 3631 | 3640 | 3631 |
| Account (Operating/ Account (e.g. Checking | Operating Checking | Operating Checking | Operating Checking | Operating Checking | Operating Checking | Operating Checking |
| Bank | 287,102.45 | 75,000.00 | 507,518.84 | 75,001.00 | 164,230.01 | 75,001.00 |
| Deposits not SUBTRACT: | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Outstanding | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Reconciling | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Balance (Must Agree with | 507,518.84 | 75,001.00 | 164,230.01 | 75,001.00 | 144,436.23 | 75,001.00 |

copy of each bank statement and bank

| Investment Account Name / | Date of Purchase | Type of Instrument | Purchase Price | Current Value | Purchase Price | Current Value |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

**Note:**
**Attach copy of each**

MONTHLY OPERATING REPORT - POST CONFIRMATION

ATTACHMENT NO. 4

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Renasant |
|---|---|
| Account Number | 3640 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| AutoDebit | 10/08/2020 | Extra Space Storage | Rent | -313.00 |
| AutoDebit | 10/08/2020 | Extra Space Storage | Rent | -423.00 |
| AutoDebit | 10/15/2020 | Capital EDI | EDI Service Charge | -250.65 |
| AutoDebit | 10/26/2020 | Cortney Gwinn | Contract Labor | -350.00 |
| AutoDebit | 11/10/2020 | Extra Space Storage | Rent | -339.00 |
| AutoDebit | 11/10/2020 | Extra Space Storage | Rent | -460.00 |
| AutoDebit | 11/16/2020 | Capital EDI | EDI Service Charge | -250.65 |
| AutoDebit | 12/08/2020 | Extra Space Storage | Rent | -339.00 |
| AutoDebit | 12/08/2020 | Extra Space Storage | Rent | -460.00 |
| AutoDebit | 12/15/2020 | Capital EDI | EDI Service Charge | -250.65 |
| Debit | 11/12/2020 | ShareFile | Other Operating Expense | -402.30 |
| Wire | 10/21/2020 | DNAI Consulting, LLC | Kristiaan Sheed | Claim Payments | -13,650.00 |
| Wire | 10/21/2020 | Danny Weeks | Claim Payments | -13,650.00 |
| Wire | 10/21/2020 | Craig J. Walker | Claim Payments | -13,650.00 |
| Wire | 10/21/2020 | Watson Spence | Claim Payments | -100,000.00 |
| Wire | 11/09/2020 | GlassRatner | Professional Fees | -54,695.90 |
| Wire | 11/09/2020 | Greenberg Traurig LLP | Professional Fees | -289,451.26 |
| Wire | 12/11/2020 | DNAI Consulting, LLC | Kristiaan Sheed | Professional Fees | -1,600.00 |
| Wire | 12/11/2020 | Greenberg Traurig LLP | Professional Fees | -17,588.00 |
| Wire | 12/11/2020 | Polsinelli | Professional Fees | -4,541.80 |
|  |  |  | TOTAL | $ (512,665.21) |

### CHAPTER 11 POST-CONFIRMATION
### CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Renasant |
|---|---|
| Account Number | 3631 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

0

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
|---|---|---|---|---|
| N/A | N/A | N/A N/A N/A | N/A N/A N/A N/A | 0.00 |
|  |  |  | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for holding check and anticipated delivery date of check.