**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | | |
|---|---|---|---|
| IN RE: | IFS SECURITIES, INC } | CASE NUMBER: | 20-65841-LRC |
| | } | | |
| | } | JUDGE: LISA RITCHEY CRAIG | |
| | DEBTOR. } | CHAPTER 11 | |

**DEBTOR'S POST-CONFIRMATION**
**QUARTERLY OPERATING REPORT**
**FOR THE PERIOD**
FROM  January 1, 2021  TO  March 31, 2021

Comes now the above-named debtor and files its Post-Confirmation Quarterly Operating Report in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

Dated:  4/12/2021

Greenberg Traurig LLP
Attorney for Debtor

Debtor's Address
and Phone Number:
3445 Peachtree Rd. Suit
Atlanta, GA 30326
Tel. 470-346-6842

Attorney's Address
and Phone Number:
Greenberg Traurig, LLP
3333 Piedmont Rd NE Ste 2500
Atlanta, GA 30305
Tel. 678-553-2212

Note: The original Post Confirmation Quarterly Operating Report is to be filed with the Court and a copy simultaneously provided to the United States Trustee. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Post Confirmation Quarterly Operating Report, refer to the following resources on the United States Trustee website:    http:// www.usdoj.gov/ust/r21/index.htm.
1) Instructions for Preparing Debtor's Chapter 11 Post confirmation Quarterly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)

**MONTHLY OPERATING REPORT -**  
**POST CONFIRMATION**                                                                                                           **ATTACHMENT NO. 1**

| | QUESTIONNAIRE | YES* | NO |
|---|---|---|---|
| 1. | Have any assets been sold or transferred outside the normal course of business, or outside the Plan of Reorganization during this reporting period? | | X |
| 2. | Are any post-confirmation sales or payroll taxes past due? | | X |
| 3. | Are any amounts owed to post-confirmation creditors/vendors over 90 days delinquent? | | X |
| 4. | Is the Debtor current on all post-confirmation plan payments? | X | |
| | | | |

*If the answer to any of the above questions is "YES," provide a detailed explanation of each item on a separate sheet.

| | INSURANCE INFORMATION | YES | NO* |
|---|---|---|---|
| 1. | Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect? | | X |
| 2. | Are all premium payments current? | | X |

*If the answer to any of the above questions is "NO," provide a detailed explanation of each item on a separate sheet.

| CONFIRMATION OF INSURANCE | | |
|---|---|---|
| **TYPE of POLICY    and    CARRIER** | **Period of Coverage** | **Payment Amount and Frequency** | **Delinquency Amount** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**DESCRIBE PERTINENT DEVELOPMENTS, EVENTS, AND MATTERS DURING THIS REPORTING PERIOD:**

**Estimated Date of Filing the Application for Final Decree:** _____

I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.

This 9h day of April, 2021                                       _____
                                                                 Debtor's Signature

## Questionnaire

    4 Is the Debtor current on all post-confirmation plan payments?
        Yes. The Debtor is current on all post-confirmation plan payments.

## Insurance Information

    1 Are real and personal property, vehicle/auto, general liability, fire, theft, worker's compensation, and other necessary insurance coverages in effect?
        No. There are no properties, vehicles/autos, employees, or other where insurance coverage is needed.
    2 Are all premium payments current?
        No, There are no premium payments due.

**MONTHLY OPERATING REPORT -**
**POST CONFIRMATION**

**ATTACHMENT NO. 2**

## CHAPTER 11 POST-CONFIRMATION
## SCHEDULE OF RECEIPTS AND DISBURSEMENTS

| | |
|---|---|
| Case Name: | IFS SECURITIES, INC |
| Case Number: | 20-65841-LRC |
| Date of Plan Confirmation: | January 1, 2021 |

All items must be answered. Any which do not apply should be answered "none" or "N/A".

| | | | | Quarterly | Post Confirmation Total |
|---|---|---|---|---|---|
| 1. | **CASH (Beginning of Period)** | | | $ 219,437.85 | $ 219,437.85 |
| 2. | **INCOME or RECEIPTS during the Period** | | | $ 11,015.08 | $ 11,015.08 |
| 3. | **DISBURSEMENTS** | | | | |
| | a. | **Operating Expenses (Fees/Taxes):** | | | |
| | | (i) | U.S. Trustee Quarterly Fees | $ 0.00 | $ 0.00 |
| | | (ii) | Federal Taxes | 0.00 | 0.00 |
| | | (iii) | State Taxes | 0.00 | 0.00 |
| | | (iv) | Other Taxes | 0.00 | 0.00 |
| | b. | **All Other Operating Expenses:** | | $ 8,426.25 | $ 8,426.25 |
| | c. | **Plan Payments:** | | | |
| | | (i) | Administrative Claims | $ 10,000.00 | $ 10,000.00 |
| | | (ii) | Class One | 0.00 | 0.00 |
| | | (iii) | Class Two | 0.00 | 0.00 |
| | | (iv) | Class Three | 0.00 | 0.00 |
| | | (v) | Class Four | 0.00 | 0.00 |
| | | | (Attach additional pages as needed) | | |
| | **Total Disbursements (Operating & Plan)** | | | $ 18,426.25 | $ 18,426.25 |
| 1. | **CASH (End of Period)** | | | $ 212,026.68 | $ 212,026.68 |

**MONTHLY OPERATING REPORT - POST CONFIRMATION**                                                                                                  **ATTACHMENT NO. 3**

## CHAPTER 11 POST-CONFIRMATION
## BANK ACCOUNT RECONCILIATIONS
Prepare Reconciliation for each Month of the Quarter

| Bank Account Information | January | | February | | March | |
|---|---|---|---|---|---|---|
| | Account #1 | Account #2 | Account #1 | Account #2 | Account #1 | Account #2 |
| Name of Bank: | Renasant | Renasant | Renasant | Renasant | Renasant | Renasant |
| Account Number: | 3640 | 3631 | 3640 | 3631 | 3640 | 3631 |
| Purpose of Account (Operating/Payroll/Tax) | Operating | Operating | Operating | Operating | Operating | Operating |
| Type of Account (e.g. checking) | Checking | Checking | Checking | Checking | Checking | Checking |
| 1. Balance per Bank Statement | 144,436.23 | 75,001.00 | 108,964.28 | 75,001.00 | 81,334.91 | 75,001.00 |
| 2. ADD: Deposits not credited | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3. SUBTRACT: Outstanding Checks | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4. Other Reconciling Items | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 5. Month End Balance (Must Agree with Books) | 108,964.28 | 75,001.00 | 81,334.91 | 75,001.00 | 71,953.07 | 75,001.00 |

Note: Attach copy of each bank statement and bank reconciliation.

| Account Information  Bank / Account Name / Number | Date of Purchase | Type of Instrument | Purchase Price | Current Value | Purchase Price | Current Value |
|---|---|---|---|---|---|---|
| N/A | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Note: Attach copy of each investment account statement.

MONTHLY OPERATING REPORT -
POST CONFIRMATION

ATTACHMENT NO. 4

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Renasant |
| --- | --- |
| Account Number | 3640 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
| ACH | 02/25/2021 | Pay.gov | Other Operating Expense | 4,875.00 |
| AutoDebit | 01/08/2021 | Extra Space Storage | Rent | 339.00 |
| AutoDebit | 01/08/2021 | Extra Space Storage | Rent | 460.00 |
| AutoDebit | 01/15/2021 | Capital EDI | EDI Service | 250.65 |
| AutoDebit | 02/09/2021 | Extra Space Storage | Rent | 339.00 |
| AutoDebit | 02/09/2021 | Extra Space Storage | Rent | 460.00 |
| AutoDebit | 02/17/2021 | Capital EDI | EDI Service | 250.65 |
| AutoDebit | 03/09/2021 | Extra Space Storage | Rent | 339.00 |
| AutoDebit | 03/09/2021 | Extra Space Storage | Rent | 460.00 |
| AutoDebit | 03/15/2021 | Capital EDI | EDI Service | 250.65 |
| Debit | 02/05/2021 | ShareFile | Other Operating Expense | 402.30 |
| Wire | 01/12/2021 | The Brodsky Law Firm | Professional Fees | 2,865.00 |
| Wire | 01/14/2021 | Delerme CPA | Professional Fees | 4,500.00 |
| Wire | 01/20/2021 | DNAI Consulting | Professional Fees | 7,600.00 |
| Wire | 01/22/2021 | GlassRatner | Professional Fees | 22,500.00 |
| Wire | 02/19/2021 | DNAI Consulting | Professional Fees | 4,950.00 |
| Wire | 02/20/2021 | Polsinelli | Professional Fees | 4,461.63 |
| Wire | 02/21/2021 | The Brodsky Law Firm | Professional Fees | 5,112.10 |
| Wire | 02/26/2021 | The Brodsky Law Firm | Professional Fees | 10,000.00 |
| Wire | 03/10/2021 | DNAI Consulting | Professional Fees | 2,750.00 |
| | | | TOTAL | $ 73,164.98 |

CHAPTER 11 POST-CONFIRMATION
CASH/DEBIT/CHECK DISBURSEMENTS DETAILS

| Name of Bank | Renasant |
| --- | --- |
| Account Number | 3631 |
| Purpose of Account (Operating/Payroll/Personal) | Operating |
| Type of Account (e.g., Checking) | Checking |

0

| Check Number | Date of Transaction | Payee | Purpose or Description | Amount |
| --- | --- | --- | --- | --- |
| N/A | N/A | N/A N/A N/A | N/A N/A N/A N/A | 0.00 |
| | | | TOTAL | 0.00 |

If any checks written this period have not been delivered to the payee, provide details, including the payee, amount, explanation for
holding check and anticipated delivery date of check.